Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

07 CV 5807

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARCO BORGRA and SERGIO BORGRA,                :
ALFREDO CARLOS ALZAGA, MIGUEL ALBERTO          :   07 CV _____ (TPG)
BALESTRINI, BIBIANA DELLA FLORA and            :
MARIA ISABEL BALESTRINI, MARCO BORGRA          :
and DONATELLA ZANOTTI FRAGONARA,               :
MARIANA NOEMI TAUSS, ATILIO LUIS               :   **RULE 7.1 STATEMENT**
POCOSGNICH, ALICIA BEATRIZ GRACIAN and         :
CAROLINA POCOSGNICH, ALEJANDRO R. LUPPI        :
AND BEATRIZ MARTI RETA and HORACIO             :
TOMAS LIENDO,                                  :
                                               :
                          Plaintiffs,          :
                                               :
          -against-                            :
                                               :
THE REPUBLIC OF ARGENTINA,                     :
                                               :
                          Defendant.           :
-----------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for plaintiffs (a private non-governmental party) certifies that the following are corporate parents, affiliates, subsidiaries and/or owners of 10% of the stock of said party which are publicly held:

      None.

Dated: New York, New York
      June 19, 2007

**DREIER LLP**

By: _/s/_____
Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*