# United States District Court

SOUTHERN               DISTRICT OF      NEW YORK

| | |
|---|---|
| MARCO BORGRA and SERGIO BORGRA, ALFREDO CARLOS ALZAGA, MIGUEL ALBERTO BALESTRINI, BIBIANA DELLA FLORA and MARIA ISABEL BALESTRINI, MARCO BORGRA and DONATELLA ZANOTTI FRAGONARA, MARIANA NOEMI TAUSS, ATILIO LUIS POCOSGNICH, ALICIA BEATRIZ GRACIAN and CAROLINA POCOSGNICH, ALEJANDRO R. LUPPI AND BEATRIZ MARTI RETA and HORACIO TOMAS LIENDO, | SUMMONS IN A CIVIL CASE<br><br>CASE NUMBER:<br><br>07 CV 5807 |

Plaintiffs,

-against-

THE REPUBLIC OF ARGENTINA,

Defendant.

To:    (name and address of Defendants)

The Republic of Argentina
c/o Banco de la Nacion Argentina
225 Park Avenue
New York, New York 10170

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFFS' ATTORNEYS, Dreier LLP, 499 Park Avenue, New York, New York 10022, an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, default judgment will be taken against you for the relief demanded in the amended complaint.

J. MICHAEL McMAHON
CLERK                                    DATE      JUN 1 9 2007

BY DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |

{00265864.DOC;}

Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100
*Attorneys for Plaintiffs*

STATE OF NEW YORK    )
                     ):ss:
COUNTY OF NEW YORK   )

ALAN BRECH, being duly sworn, deposes and says:

I am over eighteen years of age, not a party to this lawsuit and reside in Putnam County, New York. On June 20, 2007, I caused to be served by hand delivery true copies of the foregoing *Summons and Complaint, Civil Cover Sheet, and Rule 7.1 Statement* on The Republic of Argentina by hand delivering same to Mr. Roberto Barrientos, a vice-president of Banco de la Nacion Argentina, located at 225 Park Avenue, 3rd Floor, New York, New York 10170, who represented to me that he is authorized to accept service on behalf of The Republic of Argentina. Mr. Barrientos is of Latin descent between the ages of 45 and 55, approximately 5'6" and 150 pounds, with brown eyes and grey hair.

_____
Alan Brech

Sworn to before me this
21st day of June, 2007

_____
Notary Public

MARTIN BRECH
Notary Public, State of New York
No. 4977428
Qualified in Putnam County
Commission Expires April 20, 20 11

{00243507.DOC;}