Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MARCO BORGRA, *et al.*,

                              Plaintiffs,

              -against-

THE REPUBLIC OF ARGENTINA,

                              Defendant.

-----------------------------------------------------------------x

07 Civ. 5807 (TPG)

**DECLARATION OF REGINA ALTER**

**REGINA ALTER** makes the following declaration, under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.    I am of counsel with the firm of Dreier LLP, counsel of record for plaintiffs. I make this declaration in support of plaintiffs' motions for summary judgment against defendant the Republic of Argentina ("Argentina") and to strike defendant's discovery requests. I have personal knowledge of the facts and circumstances set forth below.

2.    Annexed hereto as Exhibit 1 is a true and correct copy of the Complaint in this case, dated June 19, 2007.

3. Annexed hereto as Exhibit 2 is a true and correct copy of defendant's Answer to the Complaint, dated August 20, 2007.

4. Annexed hereto as Exhibit 3 is a true and correct copy of Defendant's First Request for the Production of Documents, dated August 20, 2007.

5. Annexed hereto as Exhibit 4 is a true and correct copy of Plaintiffs' Responses and Objections to Defendant's First Request for the Production of Documents, dated August 27, 2007.

6. Annexed hereto as Exhibit 5 is a true and correct copy of the opinion entitled *Allan Applestein TTEE FBO D.C.A. Grantor Trust v. The Republic of Argentina*, No. 02 Civ. 4124, 2003 WL 22743762 (S.D.N.Y. Nov. 20, 2003) (the "*DCA* Decision").

7. Annexed hereto as Exhibit 6 is a true and correct copy of the opinion entitled *EM Ltd. v. The Republic of Argentina*, No. 03 Civ. 2507 (TPG), 2003 WL 22120745 (S.D.N.Y. Sept. 12, 2003), *as amended by* 2003 WL 22454934 (S.D.N.Y. Oct. 27, 2003), *aff'd*, 382 F.3d 291 (2d Cir. 2004) (the "*EM Ltd.* Decision").

8. Annexed hereto as Exhibit 7 is a true and correct copy of the opinion entitled *Lightwater Corp. Ltd. v. The Republic of Argentina*, No. 02 Civ. 3804, 02 Civ. 3808, 02 Civ. 5932 (TPG), 2003 WL 1878420 (S.D.N.Y. Apr. 14, 2003) (the "*Lightwater* Decision").

9. Annexed hereto as Exhibit 8 is a true and correct copy of the opinion entitled *Mazzini v. The Republic of Argentina*, No. 03 Civ. 8120 (TPG), 2005 WL 743090 (S.D.N.Y. March 31, 2005) (the "*Mazzini* Decision").

10. Annexed hereto as Exhibit 9 is a true and correct copy of the transcript from the hearing before the Court on March 28, 2006 in the action entitled *Cilli v. The Republic of Argentina*, 04 Civ. 6594 (TPG).

11. Annexed hereto as Exhibit 10 is a true and correct copy of the opinion entitled *Mazoral v. The Republic of Argentina*, No. 04 Civ. 3313 (TPG), Slip Op. (S.D.N.Y. May 4, 2006) (the "*Mazoral* Decision").

12. Annexed hereto as Exhibit 11 is a true and correct copy of a transcript from the hearing before the Court on March 5, 2004.

WHEREFORE, it is respectfully requested that plaintiffs' motions be granted in their entirety.

Dated: New York, New York
    January 31, 2008

I declare under penalty of perjury that the foregoing is true and correct

_____
Regina Alter