[FORM OF ASSIGNMENT]

ASSIGNMENT

FOR VALUE RECEIVED, the undersigned hereby sells, assigns and transfers unto

[PLEASE INSERT SOCIAL SECURITY,
TAXPAYER IDENTIFICATION OR OTHER
IDENTIFYING NUMBER OF ASSIGNEE]

_____  _____

[PLEASE PRINT OR TYPEWRITE NAME AND ADDRESS OF ASSIGNEE]

_____

_____

_____

the within Bond and all rights thereunder, hereby irrevocably constituting and

appointing _____

_____, attorney, to transfer such

Bond on the books of the Registrar, with full power of substitution in the

premises.

Dated: _____        _____
                                      Signature of Assignor

NOTICE:   The signature to this assignment must correspond with the name as
          written upon the face of the within Bond in every particular, without
          alteration or enlargement or any change whatsoever.

EXHIBIT 2A
to Floating Rate Bond
Exchange Agreement

FORM OF TEMPORARY GLOBAL BEARER FLOATING RATE BOND

[Form of Face of Bond]

THIS BOND IS A TEMPORARY GLOBAL BEARER BOND, WITHOUT COUPONS, EXCHANGEABLE FOR A PERMANENT GLOBAL BEARER BOND WITHOUT COUPONS. THE RIGHTS ATTACHING TO THIS TEMPORARY GLOBAL BEARER BOND, AND THE CONDITIONS AND PROCEDURES GOVERNING ITS EXCHANGE FOR A PERMANENT GLOBAL BEARER BOND, ARE SPECIFIED IN THE FISCAL AGENCY AGREEMENT REFERRED TO BELOW.

NEITHER THE HOLDER NOR THE BENEFICIAL OWNERS OF THIS TEMPORARY GLOBAL BEARER BOND SHALL BE ENTITLED TO RECEIVE PAYMENT OF PRINCIPAL HEREOF OR INTEREST HEREON.

ANY UNITED STATES PERSON (AS DEFINED IN THE UNITED STATES INTERNAL REVENUE CODE) WHO HOLDS THIS OBLIGATION WILL BE SUBJECT TO LIMITATIONS UNDER THE UNITED STATES INCOME TAX LAWS, INCLUDING THE LIMITATIONS PROVIDED UNDER SECTIONS 165(j) AND 1287(a) OF THE INTERNAL REVENUE CODE.

[ORIGINAL ISSUE DISCOUNT LEGEND, AS REQUIRED BY THE FISCAL AGENCY AGREEMENT.]

THIS BOND IS SUBJECT TO CERTAIN SELLING RESTRICTIONS PROVIDED IN THE FISCAL AGENCY AGREEMENT REFERRED TO IN THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS BOND.

[THIS BOND MAY NOT BE LISTED ON ANY STOCK EXCHANGE.]*

---

* Insert for Global Bond representing Series U Bonds only.

Ex. 2A, p. 2

## REPUBLIC OF ARGENTINA

## TEMPORARY GLOBAL BEARER BOND

## Floating Rate Bonds Due 200_[1]
## (___[2]___)

The REPUBLIC OF ARGENTINA ("Argentina"), for value
...ved, hereby unconditionally promises to pay to BEARER, on
...ntation for endorsement or surrender of this Temporary Global
...r Bond, in UNITED STATES DOLLARS, an amount equal to the
...gate outstanding principal amount hereof as set forth on the
...ule attached hereto in 19 consecutive semiannual installments
...t forth below, commencing on the first Principal Payment Date
...efined below) and on each Principal Payment Date thereafter
...gh the nineteenth Principal Payment Date; provided that the
...such installment shall be in the amount necessary to repay in
...the amount of the Principal Amount outstanding on the last
...ipal Payment Date.

Payments of the Principal Amount shall be made on each
...ipal Payment Date in an amount equal to the product of (x)
...npaid principal amount of this Global Bond outstanding on
...Principal Payment Date, without taking into account any
...tory or optional redemption, multipled by (y) the
...ization factor (expressed as a fraction) set forth below for
...Principal Payment Date:

| ...ipal nt Falling n: | Amortization Factor | Payment ($) Per $1,000 Face Amount | Principal Payment | Amortization Factor | Payment ($) Per $1,000 Face Amount |
|---|---|---|---|---|---|
| ]*, 1996 | 1/100 | 10 | [ ]*, 2001 | 8/72 | 80 |
| ]**, 1996 | 1/99 | 10 | [ ]**, 2001 | 8/64 | 80 |
| ]*, 1997 | 1/98 | 10 | [ ]*, 2002 | 8/56 | 80 |
| ]**, 1997 | 1/97 | 10 | [ ]**, 2002 | 8/48 | 80 |
| ]*, 1998 | 1/96 | 10 | [ ]*, 2003 | 8/40 | 80 |
| ]**, 1998 | 1/95 | 10 | [ ]**, 2003 | 8/32 | 80 |
| ]*, 1999 | 1/94 | 10 | [ ]*, 2004 | 8/24 | 80 |
| ]**, 1999 | 5/93 | 50 | [ ]**, 2004 | 8/16 | 80 |
| ]*, 2000 | 8/88 | 80 | [ ]*, 2005 | 8/8 | 80 |
| ]**, 2000 | 8/80 | 80 | | | |

Insert the earlier of the year in which the 12th anniversary of the Exchange
Date occurs and the year 2005.

Insert, for each Series, the Series designation (i.e.: Series L and Series U).

Insert the month in which the first Principal Payment Date occurs.

Ex. 2A, p. 3

As used herein, "Principal Payment Date" means each ___[2]___ and ___[2]___ of each calendar year, commencing on ___[3]___. If a Principal Payment Date falls on any day which is not a Business Day, such Principal Payment Date will be postponed to the next day which is a Business Day unless such next succeeding Business Day occurs in a subsequent calendar month in which case such Principal Payment Date will be the next preceding Business Day.

This Temporary Global Bearer Bond is issued in respect of an issue of Floating Rate Bonds Due 200_* (___[4]___) of Argentina and is governed by the Terms and Conditions of the Bonds annexed hereto (the "Terms and Conditions"), which Terms and Conditions are incorporated herein by reference, and by the provisions of the Floating Rate Bond Fiscal Agency Agreement dated _____, 199_ (as amended and in effect from time to time, the "Fiscal Agency Agreement") among Argentina, Citibank, N.A., as Fiscal Agent, Authenticating Agent, Paying Agent, Registrar, Transfer Agent and Calculation Agent and Citibank (Luxembourg) S.A., as Authenticating Agent, Paying Agent and Transfer Agent. Interest on the principal amount hereof shall accrue from (and including) ___[5]___, at the rates per annum provided in such Terms and Conditions. Until beneficial interests in this Temporary Global Bearer Bond are exchanged for beneficial interests in the Permanent Global Bearer Bond, neither the holder nor the beneficial owners hereof shall be entitled to receive either payments of principal of or interest on the Bonds evidenced by this Temporary Global Bearer Bond. Until so exchanged in full, this Temporary Global Bearer Bond and the Bonds evidenced hereby shall in all other respects be entitled to the same benefits and subject to the same terms and conditions as definitive Bearer Bonds under the Terms and Conditions and the Fiscal Agency Agreement.

---

*   Insert the earlier of the year in which the 12th anniversary of the Exchange Date occurs and the year 2005.

2.  Insert the dates which are the 12-month anniversary and 18-month anniversary, respectively, of the earlier of the Exchange Date and March 31, 1993.

3.  Insert the date which is the third anniversary of the earlier of the Exchange Date and March 31, 1993.

4.  Insert, for each Series, the Series designation (i.e.: Series L and Series U).

5.  Insert the date which is the earlier of the Exchange Date

Argentina hereby irrevocably undertakes to exchange this Temporary Global Bearer Bond in accordance with the terms of the Fiscal Agency Agreement. Upon any such exchange of all or a portion of this Temporary Global Bearer Bond for beneficial interests in the Permanent Global Bearer Bond, the Schedule attached to this Temporary Global Bearer Bond shall be endorsed to reflect the reduction of the principal amount of this Temporary Global Bearer Bond exchanged, and the principal amount of this Temporary Global Bearer Bond shall be reduced for all purposes by the amount so exchanged.

This Temporary Global Bearer Bond may be voluntarily redeemed at the option of Argentina or may be mandatorily redeemed in certain circumstances, in both cases as a whole or in part, and payment of this Temporary Global Bearer Bond or any portion hereof may be accelerated, and Bonds represented by this Temporary Global Bearer Bond may be repurchased or otherwise acquired by Argentina or any Argentine Governmental Agency and, in the case of such purchase or other acquisition by Argentina, surrendered for cancellation, each in accordance with the terms and provisions of the Terms and Conditions and the Fiscal Agency Agreement. Upon any cancellation of all or a portion of this Temporary Global Bearer Bond, the Schedule attached hereto shall be endorsed by or on behalf of the Fiscal Agent to reflect the principal amount of this Temporary Global Bearer Bond cancelled, and the principal amount of this Temporary Global Bearer Bond shall be reduced for all purposes by the amount so cancelled.

The outstanding principal amount of this Temporary Global Bearer Bond shall be increased or decreased from time to time in accordance with the provisions of the Fiscal Agency Agreement and such increases or decreases shall be endorsed on the Schedule attached hereto and recorded by the Fiscal Agent. In the event that the principal amount endorsed on the Schedule attached hereto is not equal to the outstanding principal amount recorded in the records maintained by the Fiscal Agent, the records maintained by the Fiscal Agent shall be binding hereunder.

THIS TEMPORARY GLOBAL BEARER BOND SHALL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF NEW YORK, UNITED STATES.

This Temporary Global Bearer Bond shall not be valid or obligatory until the certificate of authentication hereon shall have been duly signed by an Authenticating Agent under the Fiscal Agency Agreement.

IN WITNESS WHEREOF, Argentina has caused this Temporary Global Bearer Bond to be duly executed on its behalf by an Authorized Official (as defined in the Fiscal Agency Agreement) on and as of the date written below.

Dated: _____

THE REPUBLIC OF ARGENTINA

By _____

Title: _____

Certificate of Authentication:

This is one of the Temporary Global Bearer Bonds referred to in the within-mentioned Fiscal Agency Agreement

CITIBANK, N.A.,                OR    CITIBANK (LUXEMBOURG) S.A.,
as Authenticating Agent              as Authenticating Agent

By _____                  By _____
    Authorized Signatory                 Authorized Signatory

Dated: _____              Dated: _____

Ex. 2A, p. 6

[Form of Attachment to Temporary Global Bearer Bond]

TERMS AND CONDITIONS OF BONDS

[Terms and Conditions in the form
annexed to the form of Bearer Bonds
set forth in Exhibit 1A to the
Floating Rate
Bond Exchange Agreement]

Ex. 2A, p7

## Schedule to Temporary Global Bearer Bond

### Outstanding Principal Amount

Aggregate Outstanding Principal Amount of this Temporary Global Bearer Bond on the Exchange Date: $_____.

| Effective Date | Increases in principal amount of attached Global Bearer Bond | Decreases in principal amount of attached Global Bearer Bond | Resulting aggregate outstanding principal amount of attached Global Bearer Bond | Notation made by |
|---|---|---|---|---|

EXHIBIT 2B
to Floating Rate Bond
Exchange Agreement

## FORM OF PERMANENT GLOBAL BEARER FLOATING RATE BOND

[Form of Face of Bond]

THIS IS A PERMANENT GLOBAL BEARER BOND, WITHOUT COUPONS, EXCHANGEABLE FOR DEFINITIVE BEARER BONDS. THE RIGHTS ATTACHING TO THIS PERMANENT GLOBAL BEARER BOND, AND THE CONDITIONS AND PROCEDURES GOVERNING ITS EXCHANGE FOR DEFINITIVE BEARER BONDS, ARE AS SPECIFIED IN THE FISCAL AGENCY AGREEMENT REFERRED TO BELOW.

ANY UNITED STATES PERSON (AS DEFINED IN THE UNITED STATES INTERNAL REVENUE CODE) WHO HOLDS THIS OBLIGATION WILL BE SUBJECT TO LIMITATIONS UNDER THE UNITED STATES INCOME TAX LAWS, INCLUDING THE LIMITATIONS PROVIDED UNDER SECTIONS 165(j) AND 1287(a) OF THE INTERNAL REVENUE CODE.

[ORIGINAL ISSUE DISCOUNT LEGEND, AS REQUIRED BY THE FISCAL AGENCY AGREEMENT.]

THIS BOND IS SUBJECT TO CERTAIN SELLING RESTRICTIONS PROVIDED IN THE FISCAL AGENCY AGREEMENT REFERRED TO IN THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS BOND.

[THIS BOND MAY NOT BE LISTED ON ANY STOCK EXCHANGE.]*

---

*   Insert for Global Bonds representing Series U Bonds only.

Ex. 2B, p. 2

## REPUBLIC OF ARGENTINA

### PERMANENT GLOBAL BEARER BOND

### Floating Rate Bonds Due 200_*
### (   [1]   )

The **REPUBLIC OF ARGENTINA** ("<u>Argentina</u>"), for value
ived, hereby unconditionally promises to pay to BEARER on
entation for endorsement or surrender of this Permanent
al Bearer Bond, in UNITED STATES DOLLARS, an amount equal
he aggregate outstanding principal amount hereof as set
h on the Schedule attached hereto in 19 consecutive
annual installments as set forth below, commencing on the
t Principal Payment Date (as defined below) and on each
cipal Payment Date thereafter through the nineteenth
cipal Payment Date; <u>provided</u> that the last such
allment shall be in the amount necessary to repay in full
amount of the principal amount outstanding on the last
cipal Payment Date.

Payments of the Principal Amount shall be made on
Principal Payment Date in an amount equal to the product
r) the unpaid principal amount of this Global Bond
tanding on such Principal Payment Date, without taking
account any mandatory or optional redemption, <u>multiplied</u>
r) the amortization factor (expressed as a fraction) set
below for such Principal Payment Date:

| cipal nt Falling ln: | Amortization Factor | Payment ($) Per $1,000 Face Amount | Principal Payment | Amortization Factor | Payment ($) Per $1,000 Face Amount |
|---|---|---|---|---|---|
| [**, 1996 | 1/100 | 10 | [ ]**, 2001 | 8/72 | 80 |
| [***, 1996 | 1/99 | 10 | [ ]***, 2001 | 8/64 | 80 |
| [**, 1997 | 1/98 | 10 | [ ]**, 2002 | 8/56 | 80 |
| [***, 1997 | 1/97 | 10 | [ ]***, 2002 | 8/48 | 80 |
| [**, 1998 | 1/96 | 10 | [ ]**, 2003 | 8/40 | 80 |
| [***, 1998 | 1/95 | 10 | [ ]***, 2003 | 8/32 | 80 |
| [**, 1999 | 1/94 | 10 | [ ]**, 2004 | 8/24 | 80 |
| [***, 1999 | 5/93 | 50 | [ ]***, 2004 | 8/16 | 80 |
| [**, 2000 | 8/88 | 80 | [ ]**, 2005 | 8/8 | 80 |
| [***, 2000 | 8/80 | 80 | | | |

nsert the earlier of the year in which the 12th anniversary
f the Exchange Date occurs and the year 2005.

As used herein, "<u>Principal Payment Date</u>" means each __[2]__ and __[2]__ of each calendar year, commencing on __[3]__. If a Principal Payment Date falls on any day which is not a Business Day, such Principal Payment Date will be postponed to the next day which is a Business Day unless such next succeeding Business Day occurs in a subsequent calendar month in which case such Principal Payment Date will be the next preceding Business Day.

This Permanent Global Bearer Bond is issued in respect of an issue of Floating Rate Bonds Due 200_* ( __[1]__ ) of Argentina and is governed by the Terms and Conditions of the Bearer Bonds annexed hereto (the "<u>Terms and Conditions</u>"), which Terms and Conditions are incorporated herein by reference, and by the provisions of the Floating Rate Bond Fiscal Agency Agreement dated _____, 199_ (as amended and in effect from time to time, the "<u>Fiscal Agency Agreement</u>") among Argentina, Citibank, N.A., as Fiscal Agent, Authenticating Agent, Paying Agent, Registrar, Transfer Agent and Calculation Agent and Citibank (Luxembourg) S.A., as Authenticating Agent, Paying Agent and Transfer Agent. Interest on the outstanding principal amount hereof shall accrue from (and including) __[4]__, at the rates per annum provided in such Terms and Conditions. Argentina further unconditionally agrees to pay interest on overdue amounts of principal and interest on this Permanent Global Bearer Bond as set forth in such Terms and Conditions.

---

(FOOTNOTES CONTINUED FROM PREVIOUS PAGE)

** Insert the month in which the first Principal Payment Date occurs.

*** Insert the sixth month following the month in which the first Principal Payment Date occurs.

1.  Insert, for each Series, the Series designation (<u>i.e.</u>: Series L and Series U).

2.  Insert dates which are the 12-month anniversary and 18-month anniversary, respectively, of the earlier of the Exchange Date and March 31, 1993.

3.  Insert the date which is the third anniversary of the earlier of the Exchange Date and March 31, 1993.

4.  Insert the date which is the earlier of the Exchange Date and March 31, 1993.

Ex. 2B, p. 4

This Permanent Global Bearer Bond is issued in exchange for the Temporary Global Bearer Bond representing Floating Rate Bonds Due 200_* (__[1]__) (the "Temporary Global Bearer Bond"). The principal amount of Bonds in bearer form represented in such exchange, and the principal amount of Bonds in bearer form represented by subsequent exchanges or portions of the Temporary Global Bearer Bond in accordance with the Fiscal Agency Agreement, shall be endorsed on or on behalf of the Fiscal Agent on the Schedule attached hereto, and the principal amount of this Permanent Global Bearer Bond as set forth on the Schedule attached hereto shall be increased for all purposes by the portion of the principal amount of the Temporary Global Bearer Bond so exchanged.

Argentina hereby irrevocably undertakes to exchange this Permanent Global Bearer Bond in accordance with the terms and conditions set forth in the Fiscal Agency Agreement, in whole or in part, for definitive Bearer Bonds. Upon any such exchange, the Schedule attached hereto shall be endorsed to reflect the reduction of the principal amount evidenced hereby.

The outstanding principal amount of this Permanent Global Bearer Bond shall be increased or decreased from time to time in accordance with the provisions of the Fiscal Agency Agreement and such increases or decreases shall be endorsed on the Schedule attached hereto and recorded by the Fiscal Agent. In the event that the principal amount endorsed on the Schedule attached hereto is not equal to the outstanding principal amount recorded in the records maintained by the Fiscal Agent, the records maintained by the Fiscal Agent shall be binding hereunder. Upon any amortization or payment of interest due on this Permanent Global Bearer Bond, the Schedule attached hereto shall be endorsed to reflect such amortization or the amount of interest paid.

This Permanent Global Bearer Bond may be voluntarily redeemed at the option of Argentina or may be mandatorily redeemed in certain circumstances, in both cases as a whole or in part, and payment of this Permanent Global Bearer Bond or any portion hereof may be accelerated, and Bonds represented by this Permanent Global Bearer Bond may be repurchased or otherwise acquired by Argentina or any Argentine Governmental Agency and, in the case of such purchase or other acquisition by Argentina, surrendered for cancellation, each in accordance with the terms and provisions of the Terms and Conditions and the Fiscal Agency Agreement. Upon any payment, voluntary or mandatory redemption or cancellation of all or a portion of this

Ex. 2B, p. 5

Permanent Global Bearer Bond, the Schedule attached hereto shall be endorsed to reflect the principal amount of this Permanent Global Bearer Bond paid, redeemed or the principal amount of Bonds represented by this Permanent Global Bearer Bond purchased, and the principal amount of this Permanent Global Bearer Bond shall be reduced for all purposes by the amount so paid, redeemed or cancelled.

THIS PERMANENT GLOBAL BEARER BOND SHALL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF NEW YORK, UNITED STATES.

This Permanent Global Bearer Bond shall not be valid or obligatory until the certificate of authentication hereon shall have been duly signed by an Authenticating Agent under the Fiscal Agency Agreement.

IN WITNESS WHEREOF, Argentina has caused this Permanent Global Bearer Bond to be duly executed on its behalf by an Authorized Official (as defined in the Fiscal Agency Agreement) on and as of the date written below.

Dated: _____

THE REPUBLIC OF ARGENTINA

By _____
   Title:

Certificate of Authentication:

   This is one of the Permanent Global Bearer Bonds referred to in the within-mentioned Fiscal Agency Agreement

CITIBANK, N.A.,
as Authenticating Agent          or

CITIBANK (LUXEMBOURG) S.A.,
as Authenticating Agent

By _____
   Authorized Signatory

By _____
   Authorized Signatory

Dated: _____

Dated: _____

Ex. 2B, p. 6

**[Form of Attachment to Permanent Global Bearer Bond]**

**TERMS AND CONDITIONS OF BONDS**

**[Terms and Conditions in the form
annexed to the form of Bearer Bonds
set forth in Exhibit 1A to the
Floating Rate Bond Exchange Agreement]**

Ex. 2B, p. 7

### Schedule to Permanent Global Bearer Bond

#### Outstanding Principal Amount

Aggregate outstanding principal amount of this Permanent Global Bearer Bond on the Exchange Date:   $0

| Effective Date | Increases in principal amount of attached Global Bearer Bond | Decreases in principal amount of attached Global Bearer Bond | Amount of Payment | Resulting aggregate outstanding principal amount of attached Global Bearer Bond | Notation made by |
|---|---|---|---|---|---|

EXHIBIT 2C
to Floating Rate Bond
Exchange Agreement

FORM OF GLOBAL REGISTERED FLOATING RATE BOND

(Non-U.S. Permanent Registered Global Bond and
U.S. Temporary Registered Global Bond)

[Form of Face of Bond]

THIS BOND IS A [PERMANENT]* [TEMPORARY]** GLOBAL REGISTERED
BOND EXCHANGEABLE FOR DEFINITIVE REGISTERED BONDS.   THE
RIGHTS ATTACHING TO THIS [PERMANENT]* [TEMPORARY]** GLOBAL
REGISTERED BOND, AND THE CONDITIONS AND PROCEDURES FOR ITS
EXCHANGE FOR DEFINITIVE REGISTERED BONDS, ARE AS SPECIFIED IN
THE FISCAL AGENCY AGREEMENT REFERRED TO BELOW.

[THIS TEMPORARY GLOBAL REGISTERED BOND HAS NOT BEEN
REGISTERED UNDER THE UNITED STATES SECURITIES ACT OF 1933, AS
AMENDED, AND MAY NOT BE OFFERED OR SOLD DIRECTLY OR
INDIRECTLY IN THE UNITED STATES OF AMERICA, ITS TERRITORIES
OR POSSESSIONS, OR TO OR FOR THE ACCOUNT OF ANY U.S. PERSON
(AS DEFINED IN REGULATION S OF THE UNITED STATES SECURITIES
ACT OF 1933), EXCEPT PURSUANT TO AN EFFECTIVE REGISTRATION
STATEMENT UNDER SUCH ACT OR IN A TRANSACTION NOT REQUIRING
REGISTRATION UNDER SUCH ACT.   THIS TEMPORARY GLOBAL
REGISTERED BOND IS TRANSFERABLE ONLY AS PROVIDED HEREIN AND
IN THE FISCAL AGENCY AGREEMENT REFERRED TO BELOW.]1

SALE OR TRANSFER IN BEARER FORM OF PARTICIPATIONS, OR
BENEFICIAL INTERESTS, HEREIN MAY SUBJECT THE SPONSOR THEREOF
TO SANCTIONS PURSUANT TO SECTION 4701 OF THE UNITED STATES
INTERNAL REVENUE CODE.

[ORIGINAL ISSUE DISCOUNT LEGEND, AS REQUIRED BY THE FISCAL
AGENCY AGREEMENT.]

[NEITHER THE HOLDER NOR THE BENEFICIAL OWNERS OF THIS
TEMPORARY GLOBAL REGISTERED BOND SHALL BE ENTITLED TO RECEIVE
PAYMENTS OF PRINCIPAL HEREOF OR INTEREST HEREON.]**

---

*    Insert for Non-U.S. Permanent Registered Global Bond only.

**   Insert for U.S. Temporary Registered Global Bond only.

1.   This legend will be included on (i) all U.S. Temporary
     Registered Global Bonds and (ii) all Bonds issued on
     transfer or exchange of, or in substitution for, any such
     U.S. Temporary Registered Global Bonds until the legend
     may be removed in accordance with Section 7 of the Fiscal

Ex. 2C, p. 2

[THIS BOND MAY NOT BE LISTED ON ANY STOCK EXCHANGE.]*

### REPUBLIC OF ARGENTINA

[NON-U.S. PERMANENT] [U.S. TEMPORARY][2]
GLOBAL REGISTERED BOND

Floating Rate Bonds Due 200_**
(___[3]___)

      The REPUBLIC OF ARGENTINA ("Argentina"), for value received, hereby unconditionally promises to pay to [ 4 ], or

---

\*   Insert for Global Bond representing Series U Bonds only.

\*\*   Insert the earlier of the year in which the 12th anniversary of the Exchange Date occurs and the year 2005.

2.   Insert "Non-U.S. Permanent" for each Series to be issued pursuant to Section 4(a) of the Fiscal Agency Agreement and "U.S. Temporary" for each Series to be issued pursuant to Section 4(b) of the Fiscal Agency Agreement

3.   Insert, for each Series, the Series designation (i.e.: Series L and Series U).

4.   Insert, for each Series to be issued:

    (i) pursuant to Section 4(a) of the Fiscal Agency Agreement:

        "Union Bank of Switzerland, [_____] office, as Common Depositary, for Cedel S.A. ("Cedel") and for Morgan Guaranty Trust Company of New York, Brussels office, as operator of the Euroclear Clearance System"; or

    (ii) pursuant to Section 4(b) of the Fiscal Agency Agreement:

        "Citibank, N.A.,
        New York office, as
        Registrar under the
        Fiscal Agency Agreement
        referred to below".