# EXHIBIT 1A

## [Form of Bearer Bond]

### [To be in the same form as Exhibit 1A to the Floating Rate Bond Exchange Agreement]

**EXHIBIT 1B**

**[Form of Registered Bond]**

**[To be in the same form as Exhibit 1B
to the Floating Rate Bond Exchange Agreement]**

## EXHIBIT 2A

**[Form of Temporary Global Bearer Bond]**

**[To be in the same form as Exhibit 2A
to the Floating Rate Bond Exchange Agreement]**

## EXHIBIT 2B

**[Form of Permanent Global Bearer Bond]**

**[To be in the same form as Exhibit 2B
to the Floating Rate Bond Exchange Agreement]**

**EXHIBIT 2C**

[Form of Global Registered
Bond (U.S. and Non-U.S.)]

[To be in the same form as Exhibit 2C
to the Floating Rate Bond Exchange Agreement]

**EXHIBIT 2D**

**[Form of U.S. Temporary Escrow Global
Registered Bond]**

**[To be in the same form as Exhibit 2D
to the Floating Rate Bond Exchange Agreement]**

EXHIBIT 3

## FORM OF NOTICE OF ELECTION TO SUBMIT BONDS FOR REDEMPTION TO BE PROVIDED TO THE FISCAL AGENT

### REDEMPTION NOTICE*

### Republic of Argentina
### Floating Rate Bonds Due 2005

To Citibank, N.A.,
   as Fiscal Agent

         In accordance with Paragraph 4(c) of the Terms and Conditions of the Floating Rate Bonds of the Republic of Argentina Due 2005 ("Floating Rate Bonds"), we hereby notify you that we have elected to submit for redemption on [._____]1 [Bond(s) no(s). [insert Bond numbers]]2 [interests in a **[Permanent Global Bearer Bond][Non-U.S. Permanent Global Registered Bond]]3 representing U.S. $[insert amount] principal amount of Floating Rate Bonds.

                                        [Insert Name of Bondholder]2
                                        [Common Depositary]3

Dated: _____          By: _____
                                     Name:
                                     Title:

_____

1    Insert Mandatory Redemption Date.
2    Insert for definitive Floating Rate Bonds.
3    Insert for beneficial interests in Global Floating Rate Bonds.
*    To be delivered no later than 15 days prior to the Mandatory Redemption Date.
**   Insert as appropriate.

## SCHEDULE A

Form of Certificate of Non-U.S. Ownership
to be provided by the
Euroclear Operator or Cedel to the Fiscal Agent

### CERTIFICATE

Republic of Argentina

Series [L] [U]* Floating Rate Bonds
Due 2005 (the "Bonds")

        This is to certify that, based solely on
certifications we have received in writing or by electronic
or other data transmission from member organizations
appearing in our records as persons being entitled to a
portion of the principal amount set forth below (our "Member
Organizations") substantially to the effect set forth in the
Floating Rate Bond Fiscal Agency Agreement, dated as of
_____ __, 199_ (as amended and in effect from time to time,
the "Fiscal Agency Agreement"), among the Republic of
Argentina ("Argentina"), Citibank, N.A. as Fiscal Agent,
Authenticating Agent, Paying Agent, Registrar, Transfer Agent
and Calculation Agent and Citibank (Luxembourg) S.A., as
Authenticating Agent, Paying Agent and Transfer Agent, as of
the date hereof, U.S.$[insert amount] principal amount of the
Bonds (i) is owned by persons that are not citizens or
residents of the United States, domestic partnerships,
domestic corporations or any estate or trust the income of
which is subject to United States Federal income taxation
regardless of its source ("United States person(s)"), (ii) is
wned by (a) United States person(s) that are foreign branches
of United States financial institutions (as defined in United
States Treasury Regulations Section 1.165-12(c)(1)(v))
("financial institutions") purchasing for their own account
or for resale, or (b) United States person(s) who acquired
the Bonds through foreign branches of United States financial
institutions and who hold the Bonds through such United
States financial institutions on the date hereof (and in
either case (a) or (b), each such United States financial
institution has agreed, on its own behalf or through its
agent, that we may advise Argentina or Argentina's agent that
it will comply with the requirements of Section 165(j)(3)(A),
(B) or (C) of the United States Internal Revenue Code of
1986, as amended, and the regulations thereunder), or
(iii) is owned by United States or foreign financial
institutions for purposes of resale during the restricted

---

*     Insert as appropriate.

A-2

period (as defined in United States Treasury Regulations Section 1.163-5(c)(2)(i)(D)(7)), and to the further effect that United States or foreign financial institutions described in clause (iii) above (whether or not also described in clause (i) or (ii)) have certified that they have not acquired the Bonds for purposes of resale directly or indirectly to a United States person or to a person within the United States or its possessions.

We further certify that (i) we are not making available herewith for exchange any portion of the Temporary Global Bearer Bond representing the Bonds excepted in the above-referenced certificates of Member Organizations and (ii) as of the date hereof we have not received any notification from any of our Member Organizations to the effect that the statements made by such Member Organizations with respect to any portion of the part submitted herewith are no longer true and cannot be relied upon as of the date hereof.

We understand that this certification is required in connection with certain tax laws of the United States.  In connection therewith, if administrative or legal proceedings are commenced or threatened in connection with which this certification is or would be relevant, we irrevocably authorize you to produce this certification to any interested party in such proceedings.

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of the date set below by its official, officer or agent thereunto duly authorized.

                    MORGAN GUARANTY TRUST COMPANY
                    OF NEW YORK, Brussels Office, as
                    operator of the Euroclear
                    Clearance System

                              or

          Cedel S.A.

          By _____
             Title:

ated: _____, ___*

_____

## SCHEDULE B

### Form of Certificate of Non-U.S. Ownership
### to be Provided to the Euroclear Operator or to Cedel

This is to certify that, as of the date hereof and except as set forth below the Series [L] [U]* Floating Rate Bonds Due 2005 (the "Bonds") of the Republic of Argentina, held by you for our account (i) are owned by person(s) that are not citizens or residents of the United States, domestic partnerships, domestic corporations or any estate or trust the income of which is subject to United States federal income taxation regardless of its source ("United States person(s)"), (ii) are owned by United States person(s) that (a) are foreign branches of United States financial institutions (as defined in United States Treasury Regulations Section 1.165-12(c)(1)(v)) ("financial institutions") purchasing for their own account or for resale, or (b) acquired the Bonds through foreign branches of United States financial institutions and who hold the Bonds through such United States financial institutions on the date hereof (and in either case (a) or (b), each such United States financial institution hereby agrees, on its own behalf or through its agent, that you may advise Argentina or Argentina's agent that it will comply with the requirements of Section 165(j)(3)(A), (B) or (C) of the United States Internal Revenue Code of 1986, as amended, and the regulations thereunder), or (iii) are owned by United States or foreign financial institution(s) for purposes of resale during the restricted period (as defined in United States Treasury Regulations Section 1.163-5(c)(2)(i)(D)(7)), and in addition if the owner of the Bonds is a United States or foreign financial institution described in clause (iii) above (whether or not also described in clause (i) or (ii)), this is to further certify that such financial institution has not acquired the Bonds for purposes of resale directly or indirectly to a United States person or to a person within the United States or its possessions.

As used herein, "United States" means the United States of America (including the States and the District of Columbia); and its "possessions" including Puerto Rico, the U.S. Virgin Islands, Guam, American Samoa, Wake Island and the Northern Mariana Islands.

---

\*   Insert appropriate Series of Bonds.

B-2

   We undertake to advise you promptly by tested telex on or prior to the date on which you intend to submit your certification relating to the Bonds held by you for our account in accordance with your operating procedures if any applicable statement herein is not correct on such date, and in the absence of any such notification it may be assumed that this certification applies as of such date.

   This certification excepts and does not relate to U.S.$[insert amount] of such interest in the Bonds, in respect of which we are not able to certify and as to which we understand exchange and delivery of definitive Bonds cannot be made until we do so certify.

   We understand that this certification is required in connection with certain tax laws of the United States.  In connection therewith, if administrative or legal proceedings are commenced or threatened in connection with which this certification is or would be relevant, we irrevocably authorize you to produce this certification to any interested party in such proceedings.

   IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of the date set below by its official, officer or agent thereunto duly authorized.

                              [insert name]


                         By_____

                              Title


Dated: _____, ___*


_____

   No earlier than 15 days before the Non-U.S. Global Exchange Date.

SCHEDULE C-1

Form of Transferor Certificate for
Definitive U.S. Registered Bonds

CERTIFICATE

Republic of Argentina

Series *[L] [U] Floating Rate Bonds Due 2005
(the "Bonds")

This is to certify with respect to Bond(s) no(s).
[insert Bond numbers] representing U.S. $ [insert amount]
principal amount of Series *[L] [U] Floating Rate Bond(s) Due
200_ being transferred on the date hereof by the undersigned
(the "Transferor") to [insert name of transferee] that such
transfer is a private transaction not involving any general
solicitation or advertising.

Unless otherwise defined herein, capitalized terms
are used in this certificate as defined in the Floating Rate
Bond Fiscal Agency Agreement dated as of _____, 199_
among the Republic of Argentina, Citibank, N.A., as Fiscal
Agent, Authenticating Agent, Paying Agent, Registrar,
Transfer Agent and Calculation Agent and Citibank
(Luxembourg) S.A., as Authenticating Agent, Paying Agent and
Transfer Agent.

IN WITNESS WHEREOF, the undersigned has caused this
certificate to be executed as of the date set below by its
official, officer or agent thereunto duly authorized.

[Insert name of Transferor]

By_____
    Title:

Dated: _____, _____

_____

*    Insert appropriate Series of Bonds.

