THIS COLLATERALIZED DISCOUNT BOND AND PAR BOND EXCHANGE AGREEMENT (this "Agreement") dated as of December 6, 1992 among:

(i)  THE REPUBLIC OF ARGENTINA ("Argentina"), on its own behalf and on behalf of each other Argentine obligor (each an "Obligor") party to a Debt Agreement,

(ii)  the Recognized Holders of Eligible Debt executing and delivering this Agreement, as identified on Annex I (the "Purchasers"),

(iii)  the agents under the Debt Agreements executing and delivering this Agreement, as identified on Annex II (such banks in such capacity being the "Debt Agreement Agents"),

(iv)  Morgan Guaranty Trust Company of New York, as the agent for Argentina for the reconciliation of the Promissory Notes (such bank in such capacity being the "Promissory Note Agent"), and

(v)  Citibank, N.A., as closing agent hereunder (such bank in such capacity and any successor closing agent hereunder being the "Closing Agent").

## W I T N E S S E T H :

WHEREAS, the parties make the following recitals (terms being used in these recitals as such terms are defined in Article I hereof):

(A)  By a communication dated June 23, 1992 and a supplemental communication dated November 10, 1992, both from the Minister of Economy and Public Works and Services, Argentina has requested the international banking community to participate in the 1992 Financing Plan.

(B)  The 1992 Financing Plan consists of the following separate but interrelated Parts:

Part I:   Interest arrangements, which will be implemented by the Floating Rate Bond Exchange Agreement;

R-2

<u>Part II</u>:  Principal options, which will be
          implemented by this Agreement;

<u>Part III</u>:  Waivers and amendments to the Existing
          Agreements as requested by Argentina; and

<u>Part IV</u>:  Interim measures to be taken prior to the
          implementation of the 1992 Financing Plan.

The 1992 Financing Plan provides for a simultaneous
closing of the transactions contemplated in the 1992
Financing Plan.

(C)  This Agreement implements Part II of the 1992
Financing Plan.

WHEREAS, the Purchasers are willing to purchase
Discount Bonds and Par Bonds on the terms and conditions set
forth in this Agreement.

NOW, THEREFORE, in consideration of the premises and
the mutual covenants contained in this Agreement, the parties
hereto agree as follows:

## ARTICLE I

## DEFINITIONS

SECTION 1.01.  Certain Defined Terms.  As used in this Agreement (including the recitals above), except as otherwise expressly provided, the following terms shall have the following meanings (such meanings to be equally applicable to both the singular and plural forms of the terms defined):

"Affiliate" of any Person means (i) any other Person controlling, controlled by, or under common control with, such Person and (ii) in the case of any Person which is in liquidation, any shareholder of such Person which is a Purchaser under this Agreement.  For the purpose of this definition only, the term "control" (including the terms "controlling", "controlled by" and "under common control with") means, with respect to any Person, the possession, direct or indirect, of the power to vote 50% or more of the securities having ordinary voting power for the election of directors of such Person or to direct or cause the direction of the management and policies of such Person, whether through ownership of voting securities or by contract or otherwise.

"Affiliated Committing Group" means, for purposes of Section 2.07 hereof, a group of Purchasers (each of which is an Affiliate of the other) which has executed and delivered to the Closing Agent a Certificate of Affiliated Committing Group.

"Agreement" has the meaning specified in the introductory paragraph hereof.

"Agreement Currency" has the meaning specified in Section 6.08(b) hereof.

"Alianza Naviera GRA" means the Guaranteed Refinancing Agreement dated as of November 1, 1987 among Alianza Naviera Argentina, S.A., as borrower, Argentina, BCRA, the banks parties thereto and The Bank of New York, as syndicate agent for such banks.

"Alternate London Process Agent" has the meaning specified in Section 6.07(b) hereof.

"Alternate New York Process Agent" has the meaning specified in Section 6.07(b) hereof.

2

"<u>Alternate Process Agents</u>" has the meaning specified in Section 6.07(b) hereof.

"<u>Amendments</u>" means the amendments to the Debt Agreements listed on Schedule F hereto.

"<u>Applicable Taxes</u>" has the meaning specified in Section 6.06(a).

"<u>Argentina</u>" has the meaning specified in the introductory paragraph hereof.

"<u>Argentine Authorization</u>" means any approval, authorization, permit, consent, exemption (including, without limitation, an exemption for stamp taxes applicable in the City of Buenos Aires in connection with the execution and delivery of this Agreement and the other Principal Bond Agreements) or license or any other action of or by, and notice to or filing or registration with, Argentina or any Argentine Governmental Agency or any other governmental authority or agency or regulatory body of Argentina or any subdivision thereof or therein.

"<u>Argentine Bank</u>" means (i) any bank or financial institution owned or controlled, directly or indirectly, by Argentina, including, without limitation, Banco de la Nación Argentina, Banco Nacional de Desarrollo, Banco de Inversión y Comercio Exterior, Banco Hipotecario Nacional and Caja Nacional de Ahorro y Seguro and any successors thereto and (ii) Banco de la Provincia de Buenos Aires and Banco de la Ciudad de Buenos Aires and any successors thereto. Notwithstanding the foregoing, a bank or financial institution shall not be deemed to be an Argentine Bank under clause (i) above by virtue of the administration of such bank or financial institution by Argentina (or any governmental body, ministry, agency, authority or self-administered entity (<u>entidad autárquica</u>) thereof) in connection with the receivership, insolvency, bankruptcy or liquidation of such bank or financial institution.

"<u>Argentine Governmental Agency</u>" means (i) any governmental body, ministry, agency, authority or self-administered entity (<u>entidad autárquica</u>) of Argentina, (ii) any corporation, bank, financial institution or other entity owned or controlled, directly or indirectly, by Argentina or any entity described in clause (i) above, and (iii) Banco de la Provincia de Buenos Aires and Banco de la Ciudad de Buenos Aires and

3

any successors thereto; _provided_ that an entity regulated by BCRA or any other Argentine Governmental Agency shall not be deemed to be an "Argentine Governmental Agency" at any time during which, by virtue of such Argentine Governmental Agency's regulatory authority, such entity is administered by such Argentine Governmental Agency in connection with the receivership, insolvency, bankruptcy or liquidation of such entity.

"Argentine Governmental Entity" means (i) any Argentine Governmental Agency, (ii) any province, department or other political subdivision of Argentina, (iii) any governmental body, ministry, agency, authority, self-administered entity (entidad autárquica) or any province, department or political subdivision thereof, (iv) any corporation, bank, financial institution, or other entity owned or controlled directly or indirectly, by any entity described in clause (ii) or (iii) above, and (v) any binational entity (entidad binacional) or other corporation or other entity which under the organic law or charter of such binational entity, corporation or other entity or any existing law (including, without limitation, any treaty, rule, regulation, order, decree or judgment) is jointly sponsored and effectively controlled by Argentina (or any other entity described in clauses (i), (ii) and (iii) above) and any Other Country Sponsor (as defined in the 1987 GRA).

"Argentine Person" means any individual who is a citizen or resident of Argentina, a Person organized under the laws of Argentina or any political subdivision thereof or therein or having its principal place of business in Argentina or a Person controlled by any such Person.

"Argentine Taxes" has the meaning specified in Section 6.06(a) hereof.

"Assignee" has the meaning specified in Section 6.10(c) hereof.

"AUSA GRA" means the Guaranteed Refinancing Agreement dated as of August 1, 1987 among Autopistas Urbanas, S.A., as borrower, Argentina, as guarantor, BCRA, the banks party thereto and Midland Bank plc, as syndicate agent for such banks.

"Authenticating Agent" has the meaning specified in the USD Fiscal Agency Agreement.

4

"<u>BCRA</u>" means Banco Central de la República Argentina and any successor thereto.

"<u>BCRA Undertaking</u>" means the BCRA Undertaking, in substantially the form of Exhibit 5 hereto, from BCRA to the Fiscal Agent and the Closing Agent.

"<u>Belgian Francs</u>" or "<u>BFF</u>" means lawful currency of the Kingdom of Belgium of the type commonly referred to as "financial francs".

"<u>BONEX</u>" means (i) Bonos Externos de la República Argentina issued under Law No. 19,686 enacted by the Argentine Congress on June 15, 1972, (ii) any instrument issued by Argentina in exchange, or as a replacement for, the instrument referred to in clause (i) above and (iii) any instrument issued after the date hereof by Argentina which is similar to the instrument referred to in clause (i) above as to purpose, nature and characteristics, including being (a) payable in U.S. Dollars, (b) payable in financial centers around the world (i.e., New York, Zürich, London, etc.), (c) quoted in both Pesos and in U.S. Dollars and (d) issued in bearer form.

"<u>Business Day</u>" means a day on which (i) dealings are carried on in the London interbank market and (ii) banks are not required or authorized to close in New York City; <u>provided</u> that with respect to the Exchange Date and the Escrow Release Date, "Business Day" shall mean a day on which, in addition to (i) and (ii) above, banks are scheduled in the normal course to be open for business in Amsterdam, Brussels, Frankfurt am Main, Lisbon, London, Madrid, Milan, Paris, Tokyo, Toronto and Zürich and in the principal financial centers required to be open to permit dealings and settlements in European Currency Units in London, Paris, Brussels and Luxembourg and none of the United States Department of the Treasury, the Federal Reserve Bank of New York and the Escrow Agent is closed.

"<u>Canadian Dollars</u>" or "<u>CAN</u>" means lawful currency of Canada.

"<u>Cash Payment</u>" has the meaning specified in the Floating Rate Bond Exchange Agreement.

"<u>Cedel</u>" means Cedel S.A. and any successor thereto.

5

"Certificate of Affiliated Committing Group" means a certificate from a group of Purchasers (each of which is an Affiliate of the other), substantially in the form of Exhibit 7 hereto.

"Closing Agent" has the meaning specified in the introductory paragraph hereof.

"Closing Book" means the Closing Documents Book, dated as of the date hereof, containing the forms of closing documentation to be delivered in connection with the implementation of the 1992 Financing Plan.

"Code" means the Internal Revenue Code of 1986, as amended.

"Co-Financing Agreement" means the 1987 Commercial Bank Parallel Co-Financing Loan Agreement dated as of August 1, 1987 among the Republic of Argentina, as borrower, BCRA, Citibank, N.A., as agent, and the banks party thereto, as amended as of March 1, 1988.

"Collateral" has the meaning specified in each Collateral Pledge Agreement.

"Collateral Agent" means the Federal Reserve Bank of New York and any successor thereto, as the Collateral Agent under the Collateral Pledge Agreements.

"Collateral Pledge Agreement" means each Collateral Pledge Agreement for the Principal Bonds, substantially in the form of Exhibit 3 hereto, made by Argentina in favor of the Collateral Agent and relating to all Series of Principal Bonds denominated in the same Principal Bond Currency, as amended and in effect from time to time.

"Commitment Telex" means the telex in substantially the form of Annex B to the 1992 Financing Plan.

"Common Depositary" means Union Bank of Switzerland, as common depositary for Cedel and the Euroclear Operator, acting through an office located outside the United States to be designated by it with the consent of Argentina.

"Conditions" means the provisions set forth under the "Conditions of Bonds" in the Principal Bonds denominated in Deutsche Mark.

6

"<u>Conversion Date</u>" has the meaning specified in Schedule B hereto.

"<u>Convertibility Law</u>" means Law No. 23,928 enacted by the Argentine Congress on March 27, 1991.

"<u>Debt Agreement Agents</u>" has the meaning specified in the introductory paragraph hereof.

"<u>Debt Agreements</u>" means the 1987 TCA, the 1985 TCA, the 1983 TCA, the Co-Financing Agreement, the 1987 GRA, the 1987 BNA Refinancing Agreement, the 1987 Provincia Refinancing Agreement, the Salto Grande GRA, the AUSA GRA, the Alianza Naviera GRA, the Promissory Notes and the Public Sector Onlending Agreements.

"<u>Designated Argentine Governmental Agency</u>" means any Argentine Governmental Agency the obligations of which are entitled under Argentine law to the full faith and credit of Argentina.

"<u>Deutsche Mark</u>" or "<u>DMK</u>" means lawful currency of the Federal Republic of Germany.

"<u>Discount Bond</u>" means each Discount Bond (a) of each Series (other than the DMK Discount Series) (including the U.S. Global Discount Bonds and the Non-U.S. Global Discount Bonds), substantially in the form of Exhibits 1 and 2A, and (b) of the DMK Discount Series Bonds (in permanent global form), the execution copy and the controlling version to be in the German language and to contain terms substantially the same as those set forth in the English translation of the DMK Bonds attached as Exhibit 2B hereto.

"<u>Discount Series L</u>" has the meaning specified in Section 1(a) of the USD Fiscal Agency Agreement.

"<u>DMK Bonds</u>" means the Principal Bonds of any Series denominated in Deutsche Mark.

"<u>DMK Discount Series</u>" has the meaning specified in the DMK Fiscal Agency Agreement.

"<u>DMK Equivalent</u>" means (i) of any amount of Eligible Debt denominated in an Original Currency other than Deutsche Mark, the Deutsche Mark equivalent amount calculated on the basis of the Translation Rate

7

applicable to such Original Currency and (ii) of any amount of Eligible Debt denominated in Deutsche Mark, a Deutsche Mark amount equal to such amount.

"DMK Fiscal Agency Agreement" means the DMK Discount Bond and Par Bond Fiscal Agency Agreement between Argentina and the Fiscal Agent thereunder, substantially in the form of Exhibit 4B hereto, as amended and in effect from time to time.

"DMK Global Bearer Bonds" has the meaning specified in Section 3.04 hereof.

"DMK Par Series" has the meaning specified in the DMK Fiscal Agency Agreement.

"Domestic Foreign Currency Indebtedness" means (a) the following Indebtedness: (i) Bonos del Tesoro issued under Decree No. 1527/91 and Decree No. 1730/91, (ii) Bonos de Consolidación issued under Law No. 23,982 and Decree No. 2140/91, (iii) Bonos de Consolidación de Deudas Previsionales issued under Law No. 23,982 and Decree No. 2140/91, (iv) Bonos de la Tesorería a 10 Años de Plazo issued under Decree No. 211/92 and Decree No. 526/92, (v) Bonos de la Tesorería a 5 Años de Plazo issued under Decree No. 211/92 and Decree No. 526/92 and (vi) Ferrobonos issued under Decree No. 52/92 and Decree No. 526/92; and (b) any other Indebtedness payable by its terms, or which at the option of the holder thereof may be payable, in a currency other than Pesos which is (i) offered exclusively within Argentina or (ii) issued in payment, exchange, substitution, discharge or replacement of Indebtedness payable in Pesos; provided that, in no event shall BONEX be deemed to constitute "Domestic Foreign Currency Indebtedness".

"Dutch Guilders" or "DGU" means lawful currency of the Netherlands.

"Eligible Debt" or "ED" means all principal amounts outstanding on the Exchange Date under the Debt Agreements; provided that any such indebtedness held by or on behalf of any Argentine Bank (other than indebtedness held by an Argentine Bank to the extent that such indebtedness is beneficially owned by a Person other than any Argentine Bank) shall constitute Eligible Debt to the extent that (a) the sum of all principal amounts outstanding under the Debt Agreements that are owed, directly or indirectly, to such Argentine Bank exceeds

8

(b) the sum of all principal amounts outstanding under the Debt Agreements that are owed by such Argentine Bank to any Person; provided further that the following indebtedness shall not constitute Eligible Debt: (i) indebtedness held by or on behalf of any Argentine Governmental Agency other than an Argentine Bank or (ii) indebtedness submitted to Argentina or an Argentine Governmental Agency in connection with a privatization, unless (x) such indebtedness is rejected or otherwise disqualified for such privatization and (y) the Closing Agent and the relevant Debt Agreement Agent are notified thereof by BCRA, in each case, at least 45 calendar days prior to the Exchange Date.

"Eligible Institutional Investor" means:

(i) any bank as defined in Section 3(a)(2) of the Securities Act, whether acting in its individual or fiduciary capacity; or

(ii) any insurance company as defined in Section 2(13) of the Securities Act; or

(iii) any investment company registered under the Investment Company Act of 1940 of the United States, as amended; or

(iv) any plan established and maintained by a state of the United States, its political subdivisions, or any agency or instrumentality of a state or its political subdivisions for the benefit of its employees if such plan has total assets in excess of U.S.$5 million; or

(v) any employee benefit plan within the meaning of Title I of the Employee Retirement Income Security Act of 1974 of the United States, as amended, if the investment decision is made by a plan fiduciary, as defined in Section 3(21) of such Act, which is either a bank, insurance company, or registered investment adviser or if the employee benefit plan has total assets in excess of U.S.$5 million; or

(vi) any corporation, partnership or trust with assets of not less than U.S.$100 million; or

(vii) any QIB; or

(viii) any entity all the equity of which is owned by one or more Eligible Institutional Investors.

9

"Eligible Interest" has the meaning specified in the Floating Rate Bond Exchange Agreement.

"Escrow Accounts" has the meaning specified in Section 3.05(a) hereof.

"Escrow Agent" means the commercial bank or trust company or official bank or financial institution appointed by the Closing Agent to act as escrow agent pursuant to Section 3.05(a) hereof and any successor escrow agent appointed by the Closing Agent.

"Escrow Agreement" means the escrow agreement between the Escrow Agent and the Closing Agent (and consented to by Argentina), in form and substance satisfactory to the Closing Agent.

"Escrow Release Date" means the Business Day selected by Argentina and the Closing Agent occurring not later than the Escrow Termination Date on which all of the conditions specified in Section 2.04 hereof shall have been satisfied or waived in accordance with that section.

"Escrow Termination Date" means September 1, 1993 (or, if such date is not a Business Day, the next succeeding Business Day).

"Escrowed Bond Amount" for the Discount Series L, the Par Series L, the DMK Discount Series and the DMK Par Series means an aggregate principal amount of Escrowed Principal Bonds of such Series to be deposited in the appropriate Escrow Account, as calculated pursuant to Section 2.06(a)(iv) hereof.

"Escrowed Principal Bonds" for the Discount Series L, the Par Series L, the DMK Discount Series and the DMK Par Series means Principal Bonds issued and outstanding in respect of Unreconciled ED and registered in the name of the Escrow Agent or, as the case may be, a bank selected by the Escrow Agent, as evidenced in the case of Principal Bonds denominated in U.S. Dollars, by a beneficial interest of the Escrow Agent in the U.S. Temporary Escrow Global Principal Bond for such Series and in the case of Principal Bonds denominated in Deutsche Mark, by a beneficial interest in a DMK Global Bearer Bond.

"Euroclear" means Morgan Guaranty Trust Company of New York, Brussels office, as operator of the Euroclear Clearance System.

10

"European Currency Unit" or "ECU" means, at any time, the aggregate of the Specified Component Amounts in effect at such time of the respective Component Currencies in use at any such time. "Component Currency" in use at any time means any of the currencies which is at such time a component of the European Currency Unit, as determined by the most recent relevant published regulations of the European Economic Community. "Specified Component Amount" of a Component Currency, as in effect at any time, means the amount of such Component Currency specified by the most recent relevant published regulations of the European Economic Community for purposes of computing the value of a European Currency Unit.

"Event of Default" has the meaning specified in Section 10 of the Terms and Conditions to the Principal Bonds.

"Exchange" means the simultaneous exchange of Reconciled ED of the Purchasers for Principal Bonds pursuant to this Agreement.

"Exchange Amount" for each Purchaser for a Series for the Exchange Date or the Escrow Release Date, as the case may be, means the aggregate principal amount of Principal Bonds of such Series to be issued and delivered or released to such Purchaser on the Exchange Date or the Escrow Release Date, as the case may be, calculated as provided in Section 2.06 hereof.

"Exchange Date" means the Business Day occurring on or prior to May 31, 1993 (or such later date as may be determined under Section 6.09(a) hereof), on which all of the conditions specified in Section 2.03 hereof shall have been satisfied or waived in accordance with such Section; provided, however, that the Exchange Date may not be scheduled to occur during the period from March 10, 1993 to March 31, 1993; provided further that, in any case, the Exchange Date shall be the same day as the "Exchange Date" under and as defined in the Floating Rate Bond Exchange Agreement.

"Existing Agreements" means each Debt Agreement and each other existing agreement with Argentina, BCRA or any other Argentine Governmental Entity.

11

"Extended Fund Facility" means the Extended Fund Facility arrangement approved by the Executive Board of the IMF on March 31, 1992, as modified, amended and supplemented from time to time.

"External Indebtedness" means, for any Person, Indebtedness payable by its terms, or which at the option of the holder thereof may be payable, in a currency other than Pesos; provided that Domestic Foreign Currency Indebtedness shall not constitute External Indebtedness.

"Final Trading Date" means August 7, 1992.

"Fiscal Agency Agreement" means each of the USD Fiscal Agency Agreement and the DMK Fiscal Agency Agreement.

"Fiscal Agent" means, as applicable, Citibank, N.A. (and any successor) as Fiscal Agent under the USD Fiscal Agency Agreement and as Fiscal Agent under the DMK Fiscal Agency Agreement.

"Floating Rate Bond" means each Floating Rate Bond of each Series substantially in the form of Exhibit 1A, 1B, 2A, 2B, 2C or 2D to the Floating Rate Bond Exchange Agreement.

"Floating Rate Bond Exchange Agreement" means the Floating Rate Bond Exchange Agreement dated the date hereof among Argentina (on its behalf and on behalf of each other Obligor), the Closing Agent, the Debt Agreement Agents parties thereto, the Promissory Note Agent and the Purchasers party thereto, as amended and in effect from time to time.

"Frankfurt Process Agent" has the meaning specified in Section 6.07(b) hereof.

"French Francs" or "FFF" means lawful currency of the Republic of France.

"General Solicitation Methods" means any form of general solicitation or general advertising (including the entry of quotations on any screen based pricing system of general availability).

"German Clearing System" means the clearing system operated by Deutscher Kassenverein AG and any successor thereto.

12

"Global Principal Bonds" means, collectively, the U.S. Global Principal Bonds, the Non-U.S. Global Principal Bonds and the DMK Global Bearer Bonds.

"IADB" means the Inter-American Development Bank and any successor.

"IBRD" means the International Bank for Reconstruction and Development and any successor.

"IMF" means the International Monetary Fund and any successor.

"Indebtedness" means, for any Person, (a) all indebtedness of such Person for or in connection with borrowed money, or the deferred purchase price of property or services (including, but not limited to, reimbursement obligations of such Person under or in respect of letters of credit or bankers' acceptances and obligations of such Person to repay deposits with or advances to such Person and a forfeit indebtedness); (b) all obligations of such Person (other than those specified in clause (a) above) evidenced by bonds, debentures, notes or other similar instruments; and (c) all direct or indirect guarantees of such Person in respect of, and all obligations (contingent or otherwise) of such Person to purchase or otherwise acquire or otherwise to assure a credit against loss in respect of, indebtedness or obligations of any other Person specified in clause (a) or (b) above.

"Interest Collateral" has the meaning specified in each of the Collateral Pledge Agreements.

"Interest Collateral Amount" means, for any Series of Principal Bonds, the Interest Collateral Amount for such Series of Principal Bonds determined in accordance with Schedule C hereto.

"Italian Lire" or "LRA" means lawful currency of the Republic of Italy.

"Japanese Yen" or "YEN" means lawful currency of Japan.

"Judgment Currency" has the meaning specified in Section 6.08(b) hereof.

13

"London Process Agent" has the meaning specif
Section 6.07(b) hereof.

"Majority Purchasers" means, at any time of
determination, Purchasers having more than 50% of the
U.S. Dollar equivalent (as determined in accordance with
Section 6.14 hereof) of the aggregate amount, at such
time of determination, of the Reconciled ED and
Unreconciled ED of all Purchasers.

"Minimum Amounts" means the aggregate face amount of
U.S.$1,000,000 or such lesser face amount if it
represents a Purchaser's total entitlement to a Series of
Principal Bonds.

"Minimum Discount Level" for a Principal Bond
Currency means (i) in the case of U.S. Dollars, that 35%
of the aggregate principal amount of the USD Equivalent
of Eligible Debt (to the extent such Eligible Debt is
being exchanged for Principal Bonds denominated in U.S.
Dollars) of all Purchasers executing this Agreement on or
prior to December 30, 1992 is committed to be exchanged
for Discount Bonds and (ii) in the case of Deutsche Mark,
that 35% of the aggregate principal amount of the DMK
Equivalent of Eligible Debt (to the extent such Eligible
Debt is being exchanged for Principal Bonds denominated
in Deutsche Mark) of all Purchasers executing this
Agreement on or prior to December 30, 1992 is committed
to be exchanged for Discount Bonds.

"Minimum Multiple" means, for any Series of
Principal Bonds, the amount specified below for the
Principal Bond Currency for such Series of Principal
Bonds:

| Principal Bond Currency | Minimum Multiple |
|---|---|
| Deutsche Mark | DMK 5,000 |
| U.S. Dollars | USD 1,000 |

"New York Process Agent" has the meaning specified
in Section 6.07(b) hereof.

"1985 TCA" means the Term Credit Agreement dated as
of August 1, 1985 among BCRA, Argentina, as guarantor,

14

Citibank, N.A., as agent, and the banks party thereto, as amended and restated as of August 1, 1987 and as further amended as of March 1, 1988.

"1987 BNA Refinancing Agreement" means the Refinancing Agreement dated as of August 1, 1987 among Banco de la Nación Argentina, as borrower, Manufacturers Hanover Trust Company, as agent, and the banks party thereto.

"1987 GRA" means the Guaranteed Refinancing Agreement dated as of August 1, 1987 among the borrowers listed therein, BCRA, Argentina, as guarantor, the syndicate agents named therein and the banks party thereto.

"1987 Provincia Refinancing Agreement" means the Refinancing Agreement, dated as of August 1, 1987, among Banco de la Provincia de Buenos Aires, as borrower, The Bank of New York, as agent, and the banks party thereto.

"1987 TCA" means the Term Credit Agreement dated as of August 1, 1987, among BCRA, Argentina, as guarantor, Citibank, N.A., as agent, and the banks party thereto, as amended as of March 1, 1988.

"1983 TCA" means the Term Credit Agreement dated as of August 16, 1983, among BCRA, Argentina, as guarantor, Citibank, N.A., as agent, and the banks party thereto, as amended and restated as of August 1, 1987 and as further amended as of March 1, 1988.

"1992 Financing Plan" means the Republic of Argentina 1992 Financing Plan dated June 23, 1992 sent to the International Banking Community with the communication dated June 23, 1992, and a supplemental communication dated November 10, 1992 both, from the Minister of Economy and Public Works and Services of Argentina.

"Non-U.S. Global Discount Bonds" means the Non-U.S. Global Discount Bond issued by Argentina in respect of each Series of Discount Bonds (other than the DMK Discount Series Bonds), substantially in the form of Exhibit 2A.

"Non-U.S. Global Par Bonds" means the Non-U.S. Global Par Bonds issued by Argentina in respect of each

15

Series of Par Bonds (other than the DMK Par Series Bonds), substantially in the form of Exhibit 2A.

"Non-U.S. Global Principal Bonds" means the Non-U.S. Global Discount Bonds and the Non-U.S. Global Par Bonds.

"Non-U.S. Offering" means the offering of the Principal Bonds outside the United States pursuant to Regulation S.

"Non-U.S. Person" means any Person other than a U.S. Person.

"Non-U.S. Purchaser" means any Purchaser other than a U.S. Purchaser.

"Obligor" has the meaning specified in the introductory paragraph hereof.

"Obligor Consent" means the Obligor Consent in the form of Exhibit 6 hereto.

"Offering" means each of the U.S. Offering and the Non-U.S. Offering.

"Option" means any option or right to acquire Principal Bonds, it being understood that Eligible Debt shall not be considered an Option.

"Original Currency" has the meaning specified in Schedule B hereto.

"Other Applicable Taxes" has the meaning specified in Section 6.06(b) hereof.

"Par Bond" means each Par Bond (a) of each Series (other than the DMK Par Series Bonds (as defined in the DMK Fiscal Agency Agreement)) (including the U.S. Global Par Bonds and Non-U.S. Global Par Bonds), substantially in the forms of Exhibits 1 and 2A, and (b) of the DMK Par Series Bonds (in permanent global form), the execution copy and controlling version to be in the German language and to contain terms substantially the same as those set forth in the English translation of the DMK Bonds attached as Exhibit 2B hereto.

"Par Series L" has the meaning specified in Section 1(a) of the USD Fiscal Agency Agreement.

16

"Paying Agency Taxes" has the meaning specified in Section 6.06(a) hereof.

"Paying Agent" has the meaning specified in the USD Fiscal Agency Agreement.

"Person" means an individual, corporation, partnership, joint venture, trust, unincorporated organization or any other juridical entity, or a sovereign state or any agency or political subdivision thereof.

"Pesos" means lawful currency of Argentina.

"Portuguese Escudos" or "ESC" means lawful currency of the Republic of Portugal.

"Pounds Sterling" or "STG" means lawful currency of the United Kingdom.

"Principal Bond Agreements" means this Agreement, the Principal Bonds, each Fiscal Agency Agreement, each Collateral Pledge Agreement, the Obligor Consent, the BCRA Undertaking and any other agreement or instrument or document delivered hereunder or thereunder which may be necessary for the Exchange.

"Principal Bond Currency" means each of Deutsche Mark and U.S. Dollars.

"Principal Bonds" means the Discount Bonds and Par Bonds of each Series.

"Principal Collateral" has the meaning specified in the Collateral Pledge Agreement.

"Principal Collateral Amount" means, for any Series of Principal Bonds, the Principal Collateral Amount for such Series of Principal Bonds determined in accordance with Schedule C hereto.

"Process Agents" has the meaning specified in Section 6.07(b) hereof.

"Promissory Note Agent" has the meaning specified in the introductory paragraph hereof.

"Promissory Notes" means (i) the instruments issued by Argentina and BCRA pursuant to BCRA Communications

17

A-251, A-695, A-696, A-697, A-790, A-893, A-894, A-895, A-946 and A-956, as amended or supplemented, (ii) the instruments issued pursuant to BCRA Communications A-1084, A-1122, A-1274, A-1745 and A-1963 and (iii) all bonds, promissory notes or other contractual obligations maturing prior to the Exchange Date (whether in accordance with their original schedules or otherwise), in each case, which are eligible to be exchanged for the instruments issuable pursuant to BCRA Communications A-1084 and A-1122.

"Public Sector Onlending Agreements" means any agreement documenting an Additional Loan (as defined in the 1983 TCA and the 1985 TCA) or an Investment Fund Loan (as defined in the 1987 TCA) to any Argentine public sector borrower.

"Purchasers" has the meaning specified in the introductory paragraph hereof.

"Purchasing Office" means, with respect to each Purchaser, the office or Affiliate of such Purchaser specified opposite its name on Schedule A hereto or any other office or Affiliate of such Purchaser hereafter selected and notified to Argentina and the Closing Agent from time to time by such Purchaser in accordance with Section 6.10(a) hereof.

"QIB" means a "Qualified Institutional Buyer" within the meaning of Rule 144A promulgated under the Securities Act.

"Qualifying Non-U.S. Person" means a Non-U.S. Person who represents and agrees that it will only offer or sell Principal Bonds (a) to a Qualifying Non-U.S. Person outside the United States, (b) to a Qualifying U.S. Fiduciary or (c) with respect to U.S. When-Issued Principal Bonds only, in the United States without using any General Solicitation Methods (i) to a Qualifying QIB in Minimum Amounts or (ii) after the signing of this Agreement, to the Purchasers listed on the signature pages hereof.

"Qualifying QIB" means a U.S. Person who is a QIB who represents and agrees (a) that the Principal Bonds or Options have not been registered under the Securities Act, (b) that it will not reoffer or resell the Principal Bonds or Options except (i) before issuance of the Principal Bonds, (A) to another Qualifying QIB in Minimum

18

Amounts without using any General Solicitation Methods, (B) after the signing of this Agreement, to the Purchasers listed on the signature pages hereof without using any General Solicitation Methods or (C) to a Qualifying Non-U.S. Person outside the United States or to a Qualifying U.S. Fiduciary and (ii) after the issuance of the Principal Bonds, pursuant to the transfer restrictions referred to in Section 6 of the USD Fiscal Agency Agreement, (c) that it was not induced to buy such Principal Bonds by means of any General Solicitation Methods and (d) that it will obtain from any QIB to whom it resells representations and agreements substantially as set forth in clauses (a), (b), (c) and (d) of this definition.

"Qualifying U.S. Fiduciary" means a U.S. broker/dealer or other fiduciary acting on behalf of a Non-U.S. Person in accordance with Rule 902(o)(2) of Regulation S under the Securities Act where such broker/dealer or other fiduciary represents and agrees that neither it nor any such Non-U.S. Person will reoffer or resell except to a Qualifying Non-U.S. Person outside the United States.

"Recognized Holder" means:

(a) with respect to Eligible Debt, (i) the holder of record of such Eligible Debt under the applicable Debt Agreement or (ii) any Affiliate of such holder of record which is designated in writing by such holder of record as entitled to be treated as the holder of record of such Eligible Debt for all purposes hereunder; and

(b) with respect to Eligible Interest, (i) the holder of record of the Eligible Debt related to such Eligible Interest or (ii) any Person designated in writing by such holder of record or other Recognized Holder to be entitled to all or any portion of the Eligible Interest in respect of a particular item of Eligible Debt.

"Reconciled ED" of a Purchaser means (i) on any day, each item of Eligible Debt or any portion thereof as to which, on or prior to such day, the relevant Debt Agreement Agent (or, in the case of Eligible Debt arising under the Promissory Notes, the Promissory Note Agent), Argentina, such Purchaser and the Closing Agent have agreed, following the reconciliation process, that such

19

Purchaser is the Recognized Holder and (ii) for the Exchange Date or the Escrow Release Date, the USD Equivalent (in the case of Reconciled ED to be exchanged for Principal Bonds denominated in U.S. Dollars) or DMK Equivalent (in the case of Reconciled ED to be exchanged for DMK Bonds) of such Purchaser's Reconciled ED on the Exchange Date or the Escrow Release Date, as the case may be; provided, however, that Reconciled ED of a Purchaser as of any day following the Exchange Date or the Escrow Release Date, as the case may be, shall not include the Reconciled ED of such Purchaser which has been discharged on the Exchange Date or the Escrow Release Date, as the case may be, pursuant to Section 2.02 hereof. The amount of each Purchaser's Reconciled ED shall be as set forth on Schedule A hereto (after giving effect to any adjustments to Schedule A pursuant to Section 6.01 hereof).

"Reconciliation Cut-Off Date" for the Exchange Date or the Escrow Release Date, as the case may be, means the 20th calendar day preceding the anticipated date for the Exchange Date or the Escrow Release Date, as the case may be, as notified by the Closing Agent pursuant to Section 2.05(a) hereof.

"Registrar" has the meaning specified in the USD Fiscal Agency Agreements.

"Regulation S" means Regulation S promulgated on April 24, 1990 under the Securities Act, as in effect from time to time.

"Requisite Purchasers" has the meaning specified in Section 5.02(a) hereof.

"Reset Date" has the meaning specified in Section 2.11(b) hereof.

"Residual Bond Amount" for each of the Discount Series L, the Par Series L, the DMK Discount Series and the DMK Par Series means an amount calculated for such Series pursuant to Section 2.06(b)(iv).

"Salto Grande GRA" means the Guaranteed Refinancing Agreement dated as of December 1, 1987 among Comision Tecnica Mixta de Salto Grande, as borrower, Argentina, BCRA, the banks party thereto and The Bank of New York, as syndicate agent for such banks.

20

"Securities Act" means the Securities Act of 1933 of the United States, as amended and in effect from time to time.

"Securities Act Legend" means the following legend, printed in capital letters:

THIS BOND HAS NOT BEEN REGISTERED UNDER THE UNITED STATES SECURITIES ACT OF 1933, AS AMENDED, AND MAY NOT BE OFFERED OR SOLD DIRECTLY OR INDIRECTLY IN THE UNITED STATES OF AMERICA, ITS TERRITORIES OR POSSESSIONS, OR TO OR FOR THE ACCOUNT OF ANY U.S. PERSON (AS DEFINED IN REGULATION S OF THE UNITED STATES SECURITIES ACT OF 1933), EXCEPT PURSUANT TO AN EFFECTIVE REGISTRATION STATEMENT UNDER SUCH ACT OR IN A TRANSACTION NOT REQUIRING REGISTRATION UNDER SUCH ACT. THIS PRINCIPAL BOND IS TRANSFERABLE ONLY AS PROVIDED HEREIN AND IN THE FISCAL AGENCY AGREEMENT REFERRED TO BELOW.

"Series" means each of the Series of Discount Bonds and Par Bonds which may be issued for each Principal Bond Currency, including each of (i) the Discount Series L, Discount Series U (as defined in the USD Fiscal Agency Agreement), Par Series L and Par Series U (as defined in the USD Fiscal Agency Agreement) and (ii) the DMK Par Series and DMK Discount Series.

"Spanish Pesetas" or "PTA" means lawful currency of the Kingdom of Spain.

"Supplemental Schedule" means, for any Purchaser, each Supplemental Schedule included as Exhibit 1 to the Commitment Telex completed and submitted to the Closing Agent by such Purchaser identifying the Eligible Debt of such Purchaser, as supplemented or otherwise amended in accordance with the procedures set forth in Annex B to the 1992 Financing Plan.

"Supplementary Conversion Date" has the meaning specified in Schedule B hereto.

"Swiss Francs" or "SSF" means lawful currency of the Swiss Confederation.

"Termination Date" has the meaning specified in Section 6.09(a) hereof.