EXHIBIT 2A
to Discount Bond and Par
Bond Exchange Agreement

FORM OF GLOBAL DISCOUNT BOND AND PAR BOND

(Non-U.S. Global Bond and
U.S. Temporary Global Bond)

[Form of Face of Bond]

[THIS BOND HAS NOT BEEN REGISTERED UNDER THE UNITED STATES SECURITIES ACT OF 1933, AS AMENDED, AND MAY NOT BE OFFERED OR SOLD DIRECTLY OR INDIRECTLY IN THE UNITED STATES OF AMERICA, ITS TERRITORIES OR POSSESSIONS, OR TO OR FOR THE ACCOUNT OF ANY U.S. PERSON (AS DEFINED IN REGULATION S OF THE UNITED STATES SECURITIES ACT OF 1933), EXCEPT PURSUANT TO AN EFFECTIVE REGISTRATION STATEMENT UNDER SUCH ACT OR IN A TRANSACTION NOT REQUIRING REGISTRATION UNDER SUCH ACT. THIS BOND IS TRANSFERABLE ONLY AS PROVIDED HEREIN AND IN THE FISCAL AGENCY AGREEMENT REFERRED TO BELOW.][1]

[ORIGINAL ISSUE DISCOUNT LEGEND, AS REQUIRED BY THE FISCAL AGENCY AGREEMENT.]

SALE OR TRANSFER IN BEARER FORM OF PARTICIPATIONS, OR BENEFICIAL INTERESTS, HEREIN MAY SUBJECT THE SPONSOR THEREOF TO SANCTIONS PURSUANT TO SECTION 4701 OF THE UNITED STATES INTERNAL REVENUE CODE.

THIS BOND IS SECURED AS TO PAYMENT OF PRINCIPAL AT STATED MATURITY. THE COLLATERAL FOR PRINCIPAL IS NOT AVAILABLE TO PAY THE PRINCIPAL OF THIS BOND, ON ACCELERATION, REDEMPTION OR OTHERWISE, BEFORE STATED MATURITY OR TO PAY INTEREST. THIS BOND IS ALSO PARTIALLY SECURED AS TO PAYMENT OF INTEREST TO THE EXTENT DESCRIBED IN THE COLLATERAL PLEDGE AGREEMENT (AS DEFINED IN THE FISCAL AGENCY AGREEMENT).

[NEITHER THE HOLDER NOR THE BENEFICIAL OWNERS OF THIS TEMPORARY GLOBAL BOND SHALL BE ENTITLED TO RECEIVE PAYMENTS OF PRINCIPAL HEREOF OR INTEREST HEREON.]*

[THIS BOND MAY NOT BE LISTED ON ANY STOCK EXCHANGE.]**

---

1.  This legend will be included on (i) each U.S. Temporary Global Bond and (ii) all Bonds issued on transfer or exchange of, or in substitution for, any such U.S. Temporary Global Bond until the legend may be removed in accordance with Section 6 of the Fiscal Agency Agreement (as defined herein).

*   Insert for U.S. Temporary Global Bond only.

**  Insert for Global Bond representing USD Discount Series U or USD Par Series U only.

Ex. 2A, p.2

# REPUBLIC OF ARGENTINA

[NON-U.S.] [U.S. TEMPORARY]² GLOBAL BOND

Collateralized __[3]__ Rate Bonds Due 202_*
(__[4]__)

The REPUBLIC OF ARGENTINA ("Argentina"), for value received, hereby unconditionally promises to pay to [ 5 ], or registered assigns on _____, 202_*, on presentation for endorsement or surrender of this [Temporary]** Global Bond, an amount in UNITED STATES DOLLARS equal to the aggregate outstanding principal amount hereof as set forth on the Schedule attached hereto.

---

2. Insert "Non-U.S." for each Series to be issued pursuant to Section 3(a) of the Fiscal Agency Agreement and "U.S. Temporary" for each Series to be issued pursuant to Section 3(b) of the Fiscal Agency Agreement.

3. Insert "Floating" for each Discount Series and "Fixed" for each Par Series.

4. Insert, for each Series, the Series designation (i.e.: USD Discount Series L, USD Discount Series U, USD Par Series L and USD Par Series U).

5. Insert, for each Series to be issued:

   (i) pursuant to Section 3(a) of the Fiscal Agency Agreement:

   "Union Bank of Switzerland, [_____] office, as Common Depositary, for Cedel S.A. ("Cedel") and for Morgan Guaranty Trust Company of New York, Brussels office, as operator of the Euroclear Clearance System; or

   (ii) pursuant to Section 3(b) of the Fiscal Agency Agreement:

   "Citibank, N.A.,
   New York office, as
   Registrar under the
   Fiscal Agency Agreement
   referred to below".

---

\*   Insert the date which is the earlier of the 30th anniversary of the Exchange Date and March 31, 2023.

\*\*  Insert for U.S. Temporary Global Bond only.

Ex. 2A, p.3

This [Temporary]* Global Bond is issued in respect of an issue of Collateralized __[3]__ Rate Bonds Due 202** (__[4]__) of Argentina and is governed by the Terms and Conditions of the Bonds annexed hereto (the "Terms and Conditions"), which Terms and Conditions are incorporated herein by reference, and by the provisions of the USD Discount Bond and Par Bond Fiscal Agency Agreement of even date herewith (as amended and in effect from time to time, the "Fiscal Agency Agreement") among Argentina, Citibank, N.A., as Fiscal Agent, Authenticating Agent, Paying Agent, Registrar, Transfer Agent and Calculation Agent and Citibank (Luxembourg) S.A., as Authenticating Agent, Paying Agent and Transfer Agent. Interest on the principal amount hereof shall accrue from (and including) __[6]__, at the rates per annum provided in such Terms and Conditions. Argentina further unconditionally agrees to pay interest on overdue amounts of principal and interest on this [Temporary]* Global Bond as set forth in such Terms and Conditions. [Until beneficial interests in this Temporary Global Bond are exchanged for definitive Bonds, neither the holder nor the beneficial owners hereof shall be entitled to receive payments of principal of or interest on the Bonds evidenced by this Temporary Global Bond.]*

Argentina hereby irrevocably undertakes to exchange this [Temporary]* Global Bond in accordance with the terms of the Fiscal Agency Agreement. Upon any such exchange, the Schedule attached hereto shall be endorsed to reflect the reduction of the principal amount evidenced hereby.

Beneficial interests in this Global Bond may be transferred or sold only as units that include all interest and principal components and may not be separated, directly or indirectly, into component interest and principal portions. [Transfers of beneficial interests in the Temporary Global Bond will not be registered by the Registrar.]* This [Temporary]* Global Bond may not be converted directly or indirectly into unregistered form.

The outstanding principal amount of this [Temporary]* Global Bond shall be increased or decreased from time to time in accordance with the Fiscal Agency Agreement and such increases or decreases shall be endorsed on the

---

\*   Insert for U.S. Temporary Global Bond only.

\*\*  Insert the earlier of the year in which the 30th anniversary of the Exchange Date occurs and the year 2023.

6.  Insert the date which is the earlier of the Exchange Date and March 31, 1993.

Schedule attached hereto and recorded by the Fiscal Agent [and the Registrar]*.

This [Temporary]* Global Bond may be redeemed at the option of Argentina, as a whole or in part, and payment of this [Temporary]* Global Bond or any portion hereof may be accelerated, and Bonds represented by this [Temporary]* Global Bond may be repurchased or otherwise acquired by Argentina and, except as provided in the Terms and Conditions, surrendered for cancellation, each in accordance with the terms and provisions of the Terms and Conditions and the Fiscal Agency Agreement. Upon any [payment, redemption or]** cancellation of all or a portion of this [Temporary]* Global Bond, the Schedule attached hereto shall be endorsed to reflect [the principal amount of this Global Bond paid or redeemed or]** the principal amount of Bonds represented by this [Temporary]* Global Bond cancelled, and the principal amount of this Global Bond shall be reduced for all purposes by the amount so [paid, redeemed or]** cancelled.

In the event that the principal amount endorsed on the Schedule attached hereto is not equal to the principal amount recorded in the records maintained by the Registrar or the Fiscal Agent, as applicable, the records maintained by the Registrar or the Fiscal Agent, as applicable, shall be binding hereunder. [Upon any payment of interest due on this Global Bond, the Schedule attached hereto shall be endorsed to reflect the amount of interest paid. The registered holder of this Global Bond shall be the only Person entitled to receive payments in respect of any interest in this Global Bond.]**

THIS [TEMPORARY]* GLOBAL BOND SHALL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF NEW YORK, UNITED STATES.

This [Temporary]* Global Bond shall not be valid or obligatory until the certificate of authentication hereon

---

\*   Insert for U.S. Temporary Global Bond only.

\*\*  Insert for Non-U.S. Global Bond only.

shall have been duly signed by an Authenticating Agent under the Fiscal Agency Agreement.

      IN WITNESS WHEREOF, Argentina has caused this [Temporary]* Global Bond to be duly executed on its behalf by an Authorized Official (as defined in the Fiscal Agency Agreement) on and as of the date written below.

Dated: _____      THE REPUBLIC OF ARGENTINA

      By _____
          Title:

Certificate of Authentication:

    This is one of the [Temporary]* Global Bonds referred to in the within-mentioned Fiscal Agency Agreement

CITIBANK, N.A.,      or      CITIBANK (LUXEMBOURG) S.A.,
as Authenticating Agent            as Authenticating Agent

By _____      By _____
    Authorized Signatory           Authorized Signatory

Dated: _____      Dated: _____

---

\*   Insert for U.S. Temporary Global Bond only.

Ex. 2A, p.6

[Form of Attachment to Global Bond]

## TERMS AND CONDITIONS OF BONDS

[Terms and Conditions in the form
annexed to the form of Bonds
set forth in Exhibit 1 to the
Discount Bond and Par Bond Exchange Agreement]