Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MARCO BORGRA, et al.,

                    Plaintiffs,

      - against -

THE REPUBLIC OF ARGENTINA,

                    Defendant.
-------------------------------------------------------------------x

07 CV 5807 (TPG)

**DECLARATION OF
MARCO BORGRA
IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT**

MARCO BORGRA declares under penalty of perjury as follows:

1. I am a citizen of Italy and one of the plaintiffs in the above-captioned matter. I make this declaration in support of plaintiffs' motion for summary judgment as against the Republic of Argentina ("Argentina"). I have personal knowledge of the facts set forth below.

2. As set forth in the Complaint, it cannot be disputed that (i) my brother Sergio Borgra and I own the bonds upon which we have sued (the "Bonds"); (ii) Argentina has defaulted on its contractual obligations with respect to the Bonds; and (iii) we provided Argentina with written notice of default accelerating Argentina's payment obligations. Accordingly, summary judgment is appropriate.

3. On March 19, 2007, my brother Sergio Borgra and I acquired the Bonds that were issued by Argentina pursuant to a Fiscal Agency Agreement, dated as of October 19,

1994 (the "1994 Fiscal Agency Agreement")[1] in the aggregated principal amount of $40,000 having the ISIN No. US040114GD65 and CUSIP No. 040114GD6. The Bonds are deposited under the name of our bank, Banca Sella, and have been booked electronically by Banca Sella in our name. A copy of our most recent account statement, as of November 30, 2007, is annexed hereto (with a true and accurate translation thereof) as Exhibit 1. That statement indisputably shows that we continue to own the Bonds.

4. Notwithstanding its payment obligations under the Bonds, on or about December 20, 2001, Argentina announced an indefinite moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the Bonds.

5. The declaration of the moratorium by Argentina and its failure to pay interest constitute "Events of Default" as defined by the 1994 Fiscal Agency Agreement.

6. In addition, Section 12 of the 1994 Fiscal Agency Agreement specifically defines "Events of Default" to include the following:

(a) Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or

(d) Moratorium: a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

7. Section 12 of the 1994 Fiscal Agency Agreement further provides that following either of the foregoing Events of Default, a bondholder may give Argentina written notice and declare "the principal amount of such Securities held by it to be due and payable immediately," together with all accrued interest.

---

[1] A copy of the 1994 Fiscal Agency Agreement is annexed to the Complaint as Exhibit A.

8. By letter dated June 19, 2007, we provided Argentina with written notice that we were declaring the principal and interest on the Bonds to be due and payable. A copy of that letter is annexed hereto as Exhibit 2.

9. Since then, Argentina has failed to make any payment of principal or interest to my brother and me.

10. By reason of the foregoing, Argentina has defaulted on its obligations, and summary judgment is warranted as against it.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: December 20, 2007

_____
MARCO BORGRA

# EXHIBIT 1

**Banca Sella**
*Fondata nel 1886*

Deposito Titoli Aggiornato al 30/11/07
Numero Deposito Titoli: A702262451360
Conto Beneficiario Cedole e/o Dividendi: A724262451360
Intestatario Conto: MARCO BORGRA E SERGIO BORGRA

---

**INIZIO ESPOSIZIONE DEPOSITO TITOLI A702262451360**

---

DOSSIER TITOLI DI MARCO BORGRA E SERGIO BORGRA
TITOLI A CUSTODIA

### RENDICONTO POSIZIONE TITOLI

| Descrizione | Cod. ISIN | Div. | Tipo Mov. | Data Rif. | Quantità | Valore nom.le | Prezzo/ Quotaz. | Controvalore Euro | Rischio del titolo | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Termometro Rischio | Obbl. basso rischio ABI |
| TITOLI DI STATO (obbligazioni emesse dallo stato; verificare di seguito caratteristiche titoli) | | | | | | | | | | |
| ARGENT 12.375% $ 12 | US040114GD65 | USD | S.I. | 28/09/07 | - | 40.000,00 | 36,708 | 10.355,69 | 6-Massimo | No |
| | | | S.F. | 30/11/07 | - | 40.000,00 | 38,250 | 10.365,15 | 6-Massimo | No |
| Valore (Euro) di Rimborso e/o Quotazione  TITOLI DI STATO | | | | | | ███████ | | ███████ | | |
| TOTALE TITOLI A CUSTODIA | | | | | | | | ███████ | | |

| TOTALE VALORIZZAZIONE DEPOSITO TITOLI | ███████ |
|---|---|

### CARATTERISTICHE TITOLI DI STATO E OBBLIGAZIONI (titoli già esposti nella posizione titoli)
Evidenziamo le caratteristiche dei titoli di Stato e/o delle obbligazioni presenti nella posizione titoli.

| Descrizione | Divisa | Valore nominale | Caratteristiche del titolo | | | | |
|---|---|---|---|---|---|---|---|
| | | | Data Scadenza | Tipo Movimento | Prossima scadenza cedole | | |
| | | | | | % cedola | Data cedola | Periodicità cedola |
| **Dossier di MARCO BORGRA E SERGIO BORGRA** | | | | | | | |
| TITOLI DI STATO (custodia) | | | | | | | |
| ARGENT 12.375% $ 12 | USD | 40.000,00 | 21/02/12 | cedola | 0,000% | 21/02/08 | semestrale |

---

**FINE ESPOSIZIONE DEPOSITO TITOLI A702262451360**

---

www.sella.it        800.142.142  (cel/estero 015.24.34.617) orari: Lun.- Ven. 8 - 22; Sab. 9 - 17        info@sella.it

pagina 2 (Segue...)

# Banca Sella

Bonds Deposit as of 11/30/07
Bonds Deposit No.: A702262451360
Coupons and/or Dividends Beneficiary Account:A701262451360
Account Holder: MARCO BORGRA and SERGIO BORGRA

## Beginning of Bonds Deposit Detail
## A702262451360

### BONDS DOSSIER OF MARCO BORGRA AND SERGIO BORGRA
### BONDS UNDER CUSTODY

- **Bonds' Position Report**

| Description | ISIN Code | Currency | Transaction Type | Ref. Date | Amount | Nominal Value | Price / Quotation | Equivalent Value In Euro | Bond Risk | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Risk Ranking | ABI low risk bond |
| GOVERNMENT SECURITIES (bonds issued by the State; check following bond's characteristics) | | | | | | | | | | |
| ARGENT 12.375% $ 12 | US040114GD65 | USD | Initial Status | 09/28/07 | - | 40,000.00 | 36.708 | 10,355.69 | 6 - Max | No |
| | | | Final Status | 11/30/07 | - | 40,000.00 | 38.250 | 10,365.15 | 6 – Max | No |
| Value (Euro) of return and / or Quotation   GOVERNMENT SECURITIES | | | | | | | | | | |
| TOTAL BONDS UNDER CUSTODY | | | | | | | | | | |
| TOTAL VALUE BONDS' DEPOSIT | | | | | | | | | | |

- **Government Securities and Bonds characteristics (bonds already detailed above)**

We inform Government Securities and or Bonds' characteristics shown in the bonds' position.

| Description | Currency | Nominal Value | Bond's Characteristics | | | | |
|---|---|---|---|---|---|---|---|
| | | | Maturity Date | Transaction Type | Next Coupon's Maturity | | |
| | | | | | Coupon % | Coupon Date | Coupon Periodicity |
| Dossier of MARCO BORGRA AND SERGIO BORGRA | | | | | | | |
| GOVERNMENT SECURITIES (custody) | | | | | | | |
| ARGENT 12.375% $ 12 | USD | 40,000.00 | 02/21/12 | Coupon | 0.000% | 02/21/08 | six-monthly |

## End of Bonds Deposit Detail
## A702262451360

# EXHIBIT 2

# DREIER LLP

**ATTORNEYS AT LAW**

---

Cara S. Mittleman
Direct 212 328 6119
cmittleman@dreierllp.com

June 19, 2007

**<u>CERTIFIED MAIL – RETURN RECEIPT REQUESTED</u>**

The Republic of Argentina
c/o Deutsche Bank, as Fiscal Agent
60 Wall Street
New York, NY 10005

Attn:  Mr. Stan Burg

      Re:    <u>Notice of Acceleration</u>

Dear Mr. Burg,

      We write this letter on behalf of our clients, Marco Borgra and Sergio Borgra (together, "Borgra").

      Borgra is the owner of certain bonds issued by the Republic of Argentina (the "Republic") pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "Fiscal Agency Agreement").  In particular, Borgra is the owner of the following bonds issued by the Republic:

| Face Amount | ISIN No. |
|---|---|
| $ 40,000 | US040114GD65 |

      Pursuant to paragraph 12 of the Fiscal Agency Agreement, we hereby provide the Republic with notice that Borgra declares the principal of and interest on the foregoing bonds to be immediately due and payable.  The entire corpus and interest earned to date should be forwarded to this firm, as counsel for Borgra.

                                    Very truly yours,

                                      Cara S. Mittleman

499 Park Avenue  New York, New York  10022
Telephone 212 328 6100  Facsimile 212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com