Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

MARCO BORGRA, et al.,

                      Plaintiffs,

        - against -

THE REPUBLIC OF ARGENTINA,

                    Defendant.

------------------------------------------------------------------x

07 CV 5807 (TPG)

**DECLARATION OF
MIGUEL ALBERTO BALESTRINI
IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT**

MIGUEL ALBERTO BALESTRINI declares under penalty of perjury as follows:

1.      I am a citizen of the Republic of Argentina ("Argentina") and one of the plaintiffs in the above-captioned matter. I make this declaration in support of plaintiffs' motion for summary judgment as against Argentina. I have personal knowledge of the facts set forth below.

2.      As set forth in the Complaint, it cannot be disputed that (i) my wife Bibiana Della Flora, my daughter Maria Isabel Balestrini and I own the bonds upon which we have sued (the "Bonds"); (ii) Argentina has defaulted on its contractual obligations with respect to the Bonds; and (iii) we provided Argentina with written notice of default accelerating Argentina's payment obligations. Accordingly, summary judgment is appropriate.

3.      On July 20, 1999, my wife Bibiana Della Flora, my daughter Maria Isabel Balestrini and I acquired the Bonds that were issued by Argentina pursuant to a Fiscal Agency

Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency Agreement")[1] in the aggregated principal amount of $100,000 having the ISIN No. US040114AR16 and CUSIP No. 040114AR1. The Bonds are deposited under the name of our broker, Citicorp Financial Services Corp, and have been booked electronically by Citicorp Financial Services Corp in our name. A copy of our most recent account statement, for the period of July 1, 2007 to September 30, 2007, is annexed hereto as Exhibit 1. That statement indisputably shows that we continue to own the Bonds.

4.    Notwithstanding its payment obligations under the Bonds, on or about December 20, 2001, Argentina announced an indefinite moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the Bonds.

5.    The declaration of the moratorium by Argentina and its failure to pay interest constitute "Events of Default" as defined by the 1994 Fiscal Agency Agreement.

6.    In addition, Section 12 of the 1994 Fiscal Agency Agreement specifically defines "Events of Default" to include the following:

(a)    Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or

(d)    Moratorium: a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

7.    Section 12 of the 1994 Fiscal Agency Agreement further provides that following either of the foregoing Events of Default, a bondholder may give Argentina written

---

[1]    A copy of the 1994 Fiscal Agency Agreement is annexed to the Complaint as Exhibit A.

notice and declare "the principal amount of such Securities held by it to be due and payable immediately," together with all accrued interest.

8.    By letter dated June 19, 2007, we provided Argentina with written notice that we were declaring the principal and interest on the Bonds to be due and payable. A copy of that letter is annexed hereto as Exhibit 2.

9.    Since then, Argentina has failed to make any payment of principal or interest to my wife, my daughter and me.

10.    By reason of the foregoing, Argentina has defaulted on its obligations, and summary judgment is warranted as against it.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: December 31, 2007

MIGUEL ALBERTO BALESTRINI

# EXHIBIT 1

※ 5[?

CITICORP FINANCIAL SERVICES CORP
PO Box 70263
San Juan, PR (00936-8263    Phone: (787) 756-4998

Ref: 0005827 00022273

Page 1 of 3

**Client Statement**
July 1 - September 30, 2007

Account number 54X-06675-12 03A

I07000005627 307271BA01 CFSFGNFOA
MIGUEL ALBERTO BALESTRINI
BIBIANA DELLA FLORA
MARIA ISABEL BALESTRINI
AVE.EJERCITO ARGENTINO NO9520
LOTE 3 MZA39 CORDOBA 5023
ARGENTINA

CFSC
**CITICORP FINANCIAL SERVICES CORPORATION**
Your Financial Executive
CFSC 54X
P. O. BOX 70263
SAN JUAN    PR 00936
787-756-4988
Website: www.cfscDirect.com
Clearing Broker: Citigroup Correspondent Clearing Services ("CCS"),
a division of Citigroup Global Markets Inc. Member SIPC

Investments and Annuities:
•NOT FDIC INSURED    •NOT A DEPOSIT WITH OR OBLIGATION OF ANY BANK    •NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
•NO BANK GUARANTEE    •SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF PRINCIPAL.
Securities transactions are through your Introducing broker, Citicorp Financial Services Corporation (CFSC), member NASD/SIPC.
CFSC, Citibank, and Citigroup Global Markets Inc. are affiliated companies under the common control of Citigroup Inc.
Citicorp, Citigroup, and the Umbrella Device are trade marks and service marks of Citigroup and are used throughout the world.
To learn about SIPC coverage, please visit their website at www.sipc.org. ©2007 Citicorp Financial Services Corporation. All rights reserved.

| Account value | Last period | This period | % |
|---|---|---|---|
| International bonds | | | |
| Government bonds | | | |
| Total value | | | |

| Earnings summary | This period | This year |
|---|---|---|
| Interest | | |
| Total | | |

| Gain/loss summary | This period | This year |
|---|---|---|
| Unrealized gain or (loss) to date | | |

| Cash, money fund, bank deposits | This period | This year |
|---|---|---|
| Opening balance | | |
| Deposits | | |
| Withdrawals | | |
| Closing balance | $ 0.00 | |

A free credit balance in any securities account will be paid to you on demand.
Although properly accounted for on our books and records, these funds may
be used for our business purposes.

| Portfolio summary | This period | This year |
|---|---|---|
| Beginning total value (excl. accr. int.) | | |
| Net security deposits/withdrawals | | |
| Net cash deposits/withdrawals | | |
| Beginning value net of deposits/withdrawals | | |
| Total value as of  9/28/2007(excl.accr.int.) | | |
| Total return | | |

Account carried by Citicorp Correspondent Clearing Service

# CITICORP FINANCIAL SERVICES CORP

PO Box 70263
San Juan, PR 00936-8263    Phone: (787) 756-4998

Ref: 00006627 00022274

Page 2 of 3

**Client Statement**
July 1 - September 30, 2007

MIGUEL ALBERTO BALESTRINI

Account number 54X-06675-12 00A

**PORTFOLIO DETAILS**

Securities purchased or sold are included or excluded in this section as of the trade-date. This section may include securities that have not settled as of this statement closing date. Please see the "Unrealized purchases/sales" section for more information. Dividend yield is the estimated annual income, assuming the current dividend, divided by the security's market price at the end of the statement period. We do not guarantee the accuracy of the prices reflected on this statement nor a these prices represent levels at which securities can be bought or sold. Please note unrealized gain/loss) is being prepared for informational purposes only and should not be used for a, preparation without the assistance of your tax advisor.

Please note, unrealized gain/(loss) is being calculated for informational purposes only and should not be used for tax preparation without the assistance of your tax advisor.

**Bonds**

Unrealized gains & losses have been adjusted to account for the accretion of OID (original issue discount), the amortization of premium, and/or the accretion of market discount.

Call features shown indicate the next regularly scheduled call date and price. Your holdings may be subject to other mandatory and optional redemption features including sinking funds, extraordinary calls or other call provisions.

The research rating for Standard & Poor's and Moody's Investors Service may be shown for certain fixed income securities. All research ratings represent the "opinions" of the research provider and are not representations or guarantees of performance.

## International bonds

| Amount | Description | Date acquired | Cost/ Adjusted cost | Share (cost/ Adjusted share cost | urrent share (cost/accrued Share) | Current value | Unrealized Gain/(loss) Original/ Adjusted | Current % Yield Ann'lzp. Incom (annualized) | Ordinary Income/ Capital gain/(loss) |
|---|---|---|---|---|---|---|---|---|---|
| 100,000 | REPUBLIC OF ARGENTINA USD DTD 1/00/1997 INT: 11.375% MATY: 01/03/2017 EXCHANGE RATE: 1.0000000 Amount denominated in: U.S. dollars Rating: CArD | | | Please provide | 36.55 | $36,550.00 | Not available | $ 0.00 $ 0.00 | $ 0.00 $ 0.00 |

Please note: Amounts are denominated in U.S. dollars. Changes in exchange rate will affect the "face value in U.S. dollars" and market value.

Market value is denominated in U.S. dollars. Changes in exchange rate is a function of exchange rate data and market price. Price is a function of exchange rate data and market price.

Accounts carried by Citigroup Convertation Clearion Services.

X 51

# CITICORP FINANCIAL SERVICES CORP

PO Box 70263
San Juan, PR 00936-8263    Phone: (787) 756-4998

Ref: 00005627 00002275

**Client Statement**
July 1 - September 30, 2007

Page 3 of 3

*MIGUEL ALBERTO BALESTRINI*                    *Account number 54X-06675-12 03A*

## Government bonds

| Amount | Description | Cost/ Adjusted cost | Share cost/ Adjusted share cost | Current share price/Accrued interest | Current value | Unrealized Gain/(loss) Original/ Adjusted | | Current % Yield/ Anticip. income (annualized) | Ordinary income/ Capital gain/(loss) |
|---|---|---|---|---|---|---|---|---|---|
| 100,000 | U S TREASURY BILL DTD 05/03/2007 INT: 00.000% MATY: 11/01/2007 Int paid at maturity | $ 97,743.25 $ 99,566.00 | $ 97.743 $ 99.566 | 99,707 | $ 96,707.00 | $ 1,963.75 $ 141.00 | ST ST | | $ 0.00 $ 141.00 |
| 100,000 | Total government bonds | $ 97,743.25 $ 99,566.00 | | | $ 96,707.00 | $ 141.00 $ 141.00 | ST | $ 0.00 $ 0.00 | $ 141.00 $ 141.00 |
| | Total portfolio value | $ 99,566.00 | | | $ 99,277.00 | $ 141.00 $ 141.00 | ST | $ 0.00 $ 0.00 | $ 141.00 $ 141.00 |

*\*\*Unrealized Gain/Loss is only calculated when an original cost basis is available.*

## TRANSACTION DETAILS

Confirmation of transactions will be made to you in writing or online pursuant to SEC regulation 10b-10. Please immediately notify Citicorp Financial Services Corp. if you fail to receive a confirmation or if you receive an erroneous confirmation.

### Deposits

| Date | Description | Reference no. | Amount |
|---|---|---|---|
| 09/14/07 | PAYMENT FR TRANSACTION ACCOUNT | | |

### Withdrawals

| Date | Description | Reference no. | Amount |
|---|---|---|---|
| 09/17/07 | ANNUAL BROKERAGE FEE | | |

Independent, third-party research on certain companies covered by Citigroup Investment Research is available to clients of the firm at no cost. Clients can access this research on the website or through the phone number provided on the front of this statement to request that a copy of this research be sent to them. Neither Citicorp Financial Services Corporation, CCS or their affiliates are the authors of, and do not guarantee the accuracy,completeness, or timeliness of the independent, third-party research, nor will they have any responsibility for indirect, consequential, or special damages you may incur for any reliance by you on independent, third-party research or for the reliability, accuracy, completeness, or timeliness thereof.

A member of citigroup⊃   Accounts carried by Citigroup Correspondent Clearing Services, a division of Citigroup Global Markets Inc., member SIPC



# EXHIBIT 2

# DREIER LLP

**ATTORNEYS AT LAW**

---

**Cara S. Mittleman**
Direct 212 328 6119
cmittleman@dreierllp.com

June 19, 2007

## CERTIFIED MAIL – RETURN RECEIPT REQUESTED

The Republic of Argentina
c/o Deutsche Bank, as Fiscal Agent
60 Wall Street
New York, NY 10005

Attn:  Mr. Stan Burg

> Re:    **Notice of Acceleration**

Dear Mr. Burg,

We write this letter on behalf of our clients, Miguel Alberto Balestrini, Bibiana Della Flora and Maria Isabel Balestrini (collectively, "Balestrini").

Balestrini is the owner of certain bonds issued by the Republic of Argentina (the "Republic") pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "Fiscal Agency Agreement"). In particular, Balestrini is the owner of the following bonds issued by the Republic:

| Face Amount | ISIN No. |
|---|---|
| $ 100,000 | US040114AR16 |

Pursuant to paragraph 12 of the Fiscal Agency Agreement, we hereby provide the Republic with notice that Balestrini declares the principal of and interest on the foregoing bonds to be immediately due and payable. The entire corpus and interest earned to date should be forwarded to this firm, as counsel for Balestrini.

Very truly yours,

Cara S. Mittleman