Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MARCO BORGRA, et al.,

                Plaintiffs,

- against -

THE REPUBLIC OF ARGENTINA,

                Defendant.
-----------------------------------------------------------------x

07 CV 5807 (TPG)

**DECLARATION OF ALFREDO CARLOS ALZAGA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

ALFREDO CARLOS ALZAGA declares under penalty of perjury as follows:

1. I am a citizen of the Republic of Argentina ("Argentina") and one of the plaintiffs in the above-captioned matter. I make this declaration in support of plaintiffs' motion for summary judgment as against Argentina. I have personal knowledge of the facts set forth below.

2. As set forth in the Complaint, it cannot be disputed that (i) I own the bonds upon which I have sued (the "Bonds"); (ii) Argentina has defaulted on its contractual obligations with respect to the Bonds; and (iii) I provided Argentina with written notice of default accelerating Argentina's payment obligations. Accordingly, summary judgment is appropriate.

3. Before February 2005, I acquired the Bonds that were issued by Argentina pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994 Fiscal Agency

Agreement")[1] in the aggregated principal amount of $264,100 having the ISIN No. US040114GF14 and CUSIP No. 040114GF1. The Bonds are deposited under the name of my broker, Bahia Blanca Sociedad de Bolsa S.A., and have been booked electronically by Caja de Valores in my name. A copy of my most recent account statement, for the period of July 1, 2007 to September 30, 2007, is annexed hereto as Exhibit 1. That statement indisputably shows that I continue to own the Bonds.

4. Notwithstanding its payment obligations under the Bonds, on or about December 20, 2001, Argentina announced an indefinite moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the Bonds.

5. The declaration of the moratorium by Argentina and its failure to pay interest constitute "Events of Default" as defined by the 1994 Fiscal Agency Agreement.

6. In addition, Section 12 of the 1994 Fiscal Agency Agreement specifically defines "Events of Default" to include the following:

> (a) Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or

> (d) Moratorium: a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

7. Section 12 of the 1994 Fiscal Agency Agreement further provides that following either of the foregoing Events of Default, a bondholder may give Argentina written notice and declare "the principal amount of such Securities held by it to be due and payable immediately," together with all accrued interest.

---

[1] A copy of the 1994 Fiscal Agency Agreement is annexed to the Complaint as Exhibit A.

8. By letter dated June 19, 2007, I provided Argentina with written notice that I was declaring the principal and interest on the Bonds to be due and payable. A copy of that letter is annexed hereto as Exhibit 2.

9. Since then, Argentina has failed to make any payment of principal or interest to me.

10. By reason of the foregoing, Argentina has defaulted on its obligations, and summary judgment is warranted as against it.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: January 4, 2008

_____
ALFREDO CARLOS ALZAGA

# EXHIBIT 1



# CAJA DE VALORES

## STATEMENT OF ACCOUNT

**ALZAGA, ALFREDO CARLOS**
Peru 424
8000 Bahia Blanca
Buenos Aires

### BALANCE AND MOVEMENTS OF NEGOTIABLE SECURITIES IN CUSTODY
from July 1, 2007 to September 30, 2007

**Number of principal:** 0000004545-1         **Number of pages:** 0001/***2

**Depositor:** (0068) Bahia Blanca Sociedad de Bolsa S.A.

| Date | Movements of the period | Credits/Debits | Balance |
|---|---|---|---|
| | Republic of Argentina Global Bond in US$ - Maturity: 12/19/08 | (06658) CED US040114GF14 | |
| | Initial balance | | 264,100.000000 |
| | **New balance** | | **264,100.000000** |

*Over*

# RESUMEN DE CUENTA

ALZAGA ALFREDO CARLOS
PERU                424
8000    BAHIA BLANCA
BS.AIRES


8.00906.5/3-07

SALDOS Y MOVIMIENTOS DE LA CUSTODIA DE VALORES NEGOCIABLES
DEL 01/07/07 AL 30/09/07



## CAJA DE VALORES

**N° COMITENTE**
0000004545-1

**DEPOSITANTE**
(0068) BAHIA BLANCA SOCIEDAD DE BOLSA S.A.

**N° HOJA**
0001/***2

| FECHA | MOVIMIENTOS DEL PERIODO | | CREDITOS / DEBITOS (-) | SALDO |
|---|---|---|---|---|
| | ACINDAR S.A. ORDS. 1 VOTO ESCRITURALES | (00004) | ARP008791179 | |
| | SALDO INICIAL | | | 1.800,0000000 |
| 31/07/07 | TRF.P/LIQ.OPER. | | 600,0000000 | 2.400,0000000 |
| 16/08/07 | TRF.P/LIQ.OPER. | | 600,0000000 | 3.000,0000000 |
| 20/09/07 | DEBITO GTIA. MV. | | 3.000,0000000- | 0,0000000 |
| | NUEVO SALDO | | | ************0,0000000 |
| * BCO. FRANCES ESCRITURALES 1 VOTO | | (00094) | ARP125991090 | |
| | SALDO INICIAL | | | 970,0000000 |
| 09/08/07 | TRF.P/LIQ.OPER. | | 220,0000000 | 1.190,0000000 |
| | NUEVO SALDO | | | ********1.190,0000000 |
| * SOC.COMERCIAL DEL PLATA 1V. ESCRIT. | | (00251) | ARP290071462 | |
| | SALDO INICIAL | | | 32.000,0000000 |
| 04/07/07 | TRF.P/LIQ.OPER. | | 5.000,0000000 | 37.000,0000000 |
| 19/07/07 | CREDITO GTIA.MV. | | 3.000,0000000 | 40.000,0000000 |
| 20/07/07 | DEBITO GTIA. MV. | | 22.000,0000000- | 18.000,0000000 |
| 23/07/07 | DEBITO GTIA. MV. | | 18.000,0000000- | 0,0000000 |
| 25/07/07 | CREDITO GTIA.MV. | | 9.780,0000000 | 9.780,0000000 |
| 26/07/07 | TRF.P/LIQ.OPER. | | 5.000,0000000 | 14.780,0000000 |
| 27/07/07 | CREDITO GTIA.MV. | | 2.280,0000000 | 17.060,0000000 |
| 31/07/07 | DEBITO GTIA. MV. | | 1.660,0000000- | 15.400,0000000 |
| 01/08/07 | DEBITO GTIA. MV. | | 15.400,0000000- | 0,0000000 |
| 17/08/07 | TRF.P/LIQ.OPER. | | 4.000,0000000 | 4.000,0000000 |
| 21/08/07 | DEBITO GTIA. MV. | | 4.000,0000000- | 0,0000000 |
| 22/08/07 | TRF.P/LIQ.OPER. | | 5.000,0000000 | 5.000,0000000 |
| 28/08/07 | DEBITO GTIA. MV. | | 5.000,0000000- | 0,0000000 |
| | NUEVO SALDO | | | ************0,0000000 |
| * ENDESA COSTANERA "B" ESCRIT. 1 V. | | (00386) | ARP2341J1058 | |
| | SALDO INICIAL | | | 680,0000000 |
| 06/07/07 | TRF.P/LIQ.OPER. | | 680,0000000- | 0,0000000 |
| 21/08/07 | TRF.P/LIQ.OPER. | | 720,0000000 | 720,0000000 |
| 30/08/07 | TRF.P/LIQ.OPER. | | 720,0000000- | 0,0000000 |
| | NUEVO SALDO | | | ************0,0000000 |
| * GAROVAGLIO Y ZORRAQUIN ORD.1V. | | (00480) | ARP46022102 | |
| | SALDO INICIAL | | | 23.279,0000000 |
| 09/08/07 | TRF.P/LIQ.OPER. | | 3.000,0000000 | 26.279,0000000 |
| | NUEVO SALDO | | | *****26.279,0000000 |
| * SOLVAY INDUPA S.A.I.C. | | (00571) | ARP533511050 | |
| | SALDO INICIAL | | | 6.485,0000000 |
| | NUEVO SALDO | | | ********6.485,0000000 |
| * PETROBRAS ENERGIA PARTICIPACIONES ESCRIT | | (00825) | ARHOLD010025 | |
| | SALDO INICIAL | | | 1.900,0000000 |
| | NUEVO SALDO | | | ********1.900,0000000 |
| * BONO GLOBAL REP.ARG.U$S VTO.19/12/08 | | (06658) | CED US040114GF14 | |
| | SALDO INICIAL | | | 264.100,0000000 |
| | NUEVO SALDO | | | ******264.100,0000000 |

En caso de disconformidad con los saldos contenidos en este Resumen de Cuenta, podrá dirigirse, a efecto de formular su reclamo, al Mercado de Valores o Entidad Autorregulada a la cual pertenece el Depositante.

Ver al dorso

# EXHIBIT 2

# DREIER LLP

ATTORNEYS AT LAW

---

Cara S. Mittleman
Direct 212 328 6119
cmittleman@dreierllp.com

June 19, 2007

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

The Republic of Argentina
c/o Deutsche Bank, as Fiscal Agent
60 Wall Street
New York, NY 10005

Attn:  Mr. Stan Burg

Re:  **Notice of Acceleration**

Dear Mr. Burg,

We write this letter on behalf of our client, Alfredo Carlos Alzaga.

Mr. Alzaga is the owner of certain bonds issued by the Republic of Argentina (the "Republic") pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "Fiscal Agency Agreement"). In particular, Mr. Alzaga is the owner of the following bonds issued by the Republic:

| Face Amount | ISIN No. |
|---|---|
| $ 264,100 | US040114GF14 |

Pursuant to paragraph 12 of the Fiscal Agency Agreement, we hereby provide the Republic with notice that Mr. Alzaga declares the principal of and interest on the foregoing bonds to be immediately due and payable. The entire corpus and interest earned to date should be forwarded to this firm, as counsel for Mr. Alzaga.

Very truly yours,

Cara S. Mittleman