Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

MARCO BORGRA, et al.,                    :

                    Plaintiff,    :    07 CV 5807 (TPG)

                            :

        -against-                    :    **AFFIDAVIT**

                            :    <u>**OF SERVICE**</u>

THE REPUBLIC OF ARGENTINA,               :

                            :

               Defendant.    :

------------------------------------------------------------- x

STATE OF NEW YORK    )
                       ):ss:
COUNTY OF NEW YORK  )

        ERIC PULSIPHER, being duly sworn, deposes and says:

        I am over eighteen years of age, not a party to this lawsuit and reside in New York, New York. On January 30, 2008, I caused to be served by electronic delivery true copies of the foregoing Notice of Motion, Local Rule 56.1 Statement, Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment and to Strike Defendant's Discovery Requests, Declaration of Regina M. Alter and Declarations of Plaintiffs with annexed exhibits on:

                Carmine D. Boccuzzi, Esq.
                Cleary Gottlieb Steen & Hamilton
                cboccuzzi@cgsh.com
                and/or maofiling@cgsh.com
                *Attorneys for Defendants*

                                  Eric Pulsipher

Sworn to before me this
30th day of January, 2008

Notary Public

FABIOLA OROPEZA
Notary Public, State of New York
No. 01OR6082407
Qualified in New York County
Commission Expires October 28, 2010

{00321675.DOC;}