UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
MARCO BORGRA, et al.,

            Plaintiffs,

     - against -

THE REPUBLIC OF ARGENTINA,

            Defendant.
------------------------------------------------------------- X

07 Civ. 5807 (TPG)

**NOTICE OF APPEAL**

Notice is hereby given that the Republic of Argentina, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 8th day of April, 2008.

Dated: New York, New York
       May 7, 2008

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:_____
    Jonathan I. Blackman (jblackman@cgsh.com)
    Carmine D. Boccuzzi (cboccuzzi@cgsh.com)

One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for the Republic of Argentina

TO:    Joel A. Chernov, Esq.
        Dreier LLP
        499 Park Avenue
        New York, New York 10022

        Attorneys for Plaintiffs