UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

MARCO BORGRA, et al.,

                Plaintiffs,

      - against -

THE REPUBLIC OF ARGENTINA,

                Defendant.

----------------------------------------------------------------- x

07 Civ. 5807 (TPG)

NOTICE OF APPEAL

FILED U.S. DC
JUN 06 2008
S.D. OF N.Y.

        Notice is hereby given that the Republic of Argentina (the "Republic"), defendant in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the April 22, 2008 *ex parte* temporary restraining order (the "Order"), extended on the record at the April 30, 2008 hearing before the district court, and further extended by consent by the Republic until May 23, 2008, on which date the Order converted by law into an appealable preliminary injunction pursuant to Fed. R. Civ. P. 65.

Dated: New York, New York
       June 6, 2008

                                CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                By: _____
                                   Jonathan I. Blackman (jblackman@cgsh.com)
                                   Carmine D. Boccuzzi (cboccuzzi@cgsh.com)

                            One Liberty Plaza
                            New York, New York 10006
                            (212) 225-2000

                            Attorneys for the Republic of Argentina