SONY/NYNY
07-cv-5807
Judge Griesa



UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

------------------------------------------------X

MARCO BORGRA ET AL,
                    Plaintiffs-Appellees,

        - against -

THE REPUBLIC OF ARGENTINA,
                    Defendant-Appellant.

------------------------------------------------X

08-2271-cv

## STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE AND WITH LEAVE TO REACTIVATE

The undersigned counsel for plaintiffs-appellees and defendant-appellant the Republic of Argentina (the "Republic") hereby stipulate that the above-captioned appeal (the "Appeal") is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeals by the Republic's counsel so notifying the Clerk of this Court in writing by the earlier of May 29, 2009, or sixty (60) days after the entry of an order by the Court fully resolving the following eight consolidated appeals: Mazzini v. Republic of Argentina, 06-2966-cv, Prima v. Republic of Argentina & Province of Buenos Aires, 06-4131-cv, Denchu Inv. Corp. v. Republic of Argentina, 06-4133-cv, Moldes v. Republic of Argentina & Province of Buenos Aires, 06-4135-cv, Sauco v. Republic of Argentina, 06-4142-cv, Cilli v. Republic of Argentina, 06-4144-cv, Franceschi v. Republic of Argentina, 07-0508-cv

Certified:     JUN 1 2 2008

and Etevob v. Republic of Argentina, 07-0691-cv.  If not thus reactivated, the Appeal is subject

to dismissal with prejudice.

Dated: New York, New York
       May 29, 2008

CLEARY GOTTLIEB STEEN & HAMILTON        DREIER LLP
LLP

By: _____            By: _____
    Jonathan I. Blackman (jblackman@cgsh.com)    Marc S. Dreier (mdreier@dreierllp.com)
    Carmine D. Boccuzzi (cboccuzzi@cgsh.com)     Joel A. Chernov (jchernov@dreierllp.com)
                                                 Regina M. Alter (ralter@dreierllp.com)

One Liberty Plaza
New York, New York  10006                499 Park Avenue
(212) 225-2000                           New York, New York  10022
                                         (212) 328-6100
Attorneys for the Republic of Argentina

                                         Attorneys for Plaintiffs-Appellees


SO ORDERED:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By
_____
Stanley A. Bass, Staff Counsel

June 5, 2008




                    A TRUE COPY
        Catherine O'Hagan Wolfe, Clerk

        by _____
                 DEPUTY CLERK