**MANDATE**

Jul-25-08  01:19pm  From-USCA 2nd-STAFF COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____


SDNY/NYNY
07-cv-5807
Judge Griesa

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

*FILED JUL 30 2008 — Catherine O'Hagan Wolfe, Clerk — SECOND CIRCUIT*

---

MARCO BORGRA ET AL,
    Plaintiffs-Appellees,
- against -
THE REPUBLIC OF ARGENTINA,
    Defendant-Appellant.

Docket No. 08-2271-cv

*U.S. DISTRICT COURT FILED AUG 18 2008 S.D. OF N.Y.*

---

**STIPULATION WITHDRAWING APPEAL**

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42 (b) of the Federal Rules of Appellate Procedure.

Attorney for Appellant, Carmine D. Boccuzzi
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York, NY 10006

Attorney for Appellee, Joel A. Chernov
Dr?er LLP
499 Park Avenue, New York, NY 10022

Dated:

SO ORDERED:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By Stanley A. Bass
Stanley A. Bass, Staff Counsel

July 30, 2008

COUNSEL: Please print name and firm under signature.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____ DEPUTY CLERK

Certified: AUG 8 2008